# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>      *Defendants*. | No. 3:16-cv-386 |

## DEFENDANTS' CONSENT MOTION
## FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants respectfully request that the Court grant Defendants an extension of their deadline to file an answer or other response to the complaint until 30 days after the Court rules on Plaintiffs' motion for preliminary injunction. Plaintiffs consent to Defendants' request.

Plaintiffs filed suit on November 7, 2016, *see* ECF No. 1, and filed a motion for preliminary injunction on November 17, 2016, *see* ECF Nos. 5, 6, which is now fully briefed, *see, e.g.*, ECF Nos. 10, 18. Defendants' present deadline to file an answer or other response to the complaint is January 9, 2017. Defendants respectfully submit that it would make the most efficient use of the parties' and the Court's resources if Defendants have sufficient opportunity to consider the Court's ruling on the pending preliminary injunction motion before filing an answer or other response to Plaintiffs' complaint. Accordingly, with Plaintiffs' consent, Defendants request an extension of their deadline to respond to the complaint until 30 days after the Court issues its ruling on Plaintiffs' preliminary injunction motion.

Dated:   January 4, 2017

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
    General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

/s/ *Adam  Grogg*
ADAM GROGG
BAILEY W. HEAPS
EMILY BROOKE NESTLER
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             /s/ *Adam Grogg*  
                                             ADAM GROGG