IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>SYLVIA BURWELL, Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>    *Defendants*. | No. 3:16-cv-00386-DLH-ARS |

**NOTICE OF APPEARANCE FOR BRIAN HAUSS**

Please take notice that the undersigned attorney, Brian Hauss of the American Civil Liberties Union Foundation, enters his appearance on behalf of *Amici* American Civil Liberties Union, ACLU of North Dakota, ACLU of South Dakota, ACLU of Michigan, and ACLU of Minnesota in the above-captioned case.

Dated: January 12, 2017                                           Respectfully Submitted,

                                                                                    s/Brian Hauss
                                                                                    Brian Hauss
                                                                                    American Civil Liberties Union
                                                                                      Foundation
                                                                                    125 Broad Street, 18th Floor
                                                                                    New York, NY 10004
                                                                                    (212) 549-2604
                                                                                    bhauss@aclu.org

                                                                                    *Counsel for Amici*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      /s/ Brian Hauss
      Brian Hauss