UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> ALEX M. AZAR, II, Secretary of the United States Department of Health and Human Services, *et al.* <br><br> Defendants | Case No. 3:16-cv-00386 |
| CATHOLIC BENEFITS ASSOCIATION, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> ALEX M. AZAR, II, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; Victoria Lipnic, Acting Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> Defendants | Case No. 3:16-cv-00432 |

**CBA PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT**

The Catholic Benefits Association ("CBA") writes in response to the Defendants' status report, ECF No. 58. In light of Defendant HHS's representations, the CBA does not object to continuing the stay at this time. The CBA notes, however, that Defendant EEOC still does not address the CBA's repeated concern that the EEOC may initiate enforcement actions against CBA members based on its unwarranted and unlawful interpretation of Title VII. Defendant HHS states

1

that it is "not currently contemplating any enforcement actions pursuant to the Rule." Defendant EEOC offers no similar representation—it merely says that it has not received any referrals pursuant to the Rule. The CBA reserves the right to ask the Court to consider the CBA's motion for injunctive relief against Defendant EEOC as these issues develop.

DATED: February 23, 2018.

>Respectfully submitted,
>
> _s/ Eric N. Kniffin_____
> L. Martin Nussbaum
> Eric Kniffin
> Ian Speir
> Lewis Roca Rothgerber Christie LLP
> 90 S. Cascade Ave., Suite 1100
> Colorado Springs, CO 80903
> o:719-386-3000; f:719-386-3070
> mnussbaum@lrrc.com
> ekniffin@lrrc.com
> ispeir@lrrc.com
>
> Attorneys for Plaintiffs
> Catholic Benefits Association, *et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_s/ Eric N. Kniffin_
ERIC N. KNIFFIN
