IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

THE RELIGIOUS SISTERS OF
MERCY, *et al.*,

    Plaintiffs,

v.                                             No. 3:16-cv-386

THOMAS E. PRICE, M.D.,
Secretary of the United States
Department of Health and Human
Services, *et al.*,

    Defendants.

_____/

CATHOLIC BENEFITS
ASSOCIATION, *et al.*,

    Plaintiffs,

v.                                             No. 3:16-cv-432

THOMAS E. PRICE, M.D.,
Secretary of the United States
Department of Health and Human
Services, *et al.*,

    Defendants.

_____/

## MOTION TO APPEAR PRO HAC VICE

    Daniel S. Korobkin, an attorney for amicus curiae ACLU of Michigan, moves the court pursuant to D.N.D. Gen. L. R. 13(D) for leave to appear pro hac vice.

1

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

**Other Bar Admissions**

    Michigan (P72842)

    United States Supreme Court

    United States Court of Appeals for the Sixth Circuit

    United States District Court for the Eastern District of Michigan

    United States District Court for the Western District of Michigan

**Disciplinary Actions**

    None.

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 11th day of September, 2019.

        /s/ Daniel S. Korobkin
        Daniel S. Korobkin
        American Civil Liberties Union
          Fund of Michigan
        2966 Woodward Ave.
        Detroit, MI 48201
        (313) 578-6824
        dkorobkin@aclumich.org


3

## **CERTIFICATE OF SERVICE**

On September 11, 2019, I electronically submitted this paper to the clerk of the court using the ECF system which will electronically serve notice on counsel of record for all parties.

/s/ Daniel S. Korobkin
Daniel S. Korobkin