IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>Xavier Becerra, Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>   *Defendants*. | Case No. 3:16-cv-386 |
| CATHOLIC BENEFITS ASSOCIATION, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>Xavier Becerra, Secretary of the United States Department of Health and Human Services, *et al.*,<br><br>   *Defendants*. | Case No. 3:16-cv-432 |

**NOTICE OF APPEAL**

  Defendants in the above-captioned cases, Xavier Becerra, Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Charlotte A. Burrows, Chair of the United States Equal Employment Opportunity Commission; and the United States Equal Employment Opportunity Commission, hereby give notice that they appeal to the United States Court of Appeals for the Eighth Circuit from all aspect

of this Court's Memorandum and Order, ECF No. 124; Order, ECF No. 133; and Judgment, ECF No. 135, and all prior orders and decisions that merge into those orders.

| | |
|---|---|
| Dated:   April 20, 2021 | Respectfully Submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | JENNIFER D. RICKETTS<br>Director, Federal Programs Branch |
| | MICHELLE R. BENNETT<br>Assistant Director, Federal Programs Branch |
| | /s/ *Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street, NW<br>Washington, DC  20005<br>Telephone: (202) 305-0878<br>Email: Bradley.Humphreys@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

          */s/ Bradley P. Humphreys*
          BRADLEY P. HUMPHREYS