U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 3:16-cv-386

The Religious Sisters of Mercy, et al., vs.
Norris Cochran, Acting Secretary of the United States Department of Health and Human Services, et al.,

Length of trial:

Financial Status:
- Fee Paid? ☑ Yes ☐ No
- If **NO**, has IFP been granted? ☐ Yes ☐ No
- Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter: ☐ No hearings held

Name: Kelly Kroke

Address: 655 1st Avenue North, Fargo ND 58102

Telephone Number: 701-297-7000

Criminal cases only:
Is the defendant incarcerated? ☐ Yes (include address below)   No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**
The filing fee is waived. Party filing appeal is US Government.