# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1890

The Religious Sisters of Mercy, et al.

Appellees

State of North Dakota

v.

Xavier Becerra, Secretary of the United States Department of Human Services, et al.

Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:16-cv-00386-PDW)
(3:16-cv-00432-PDW)

---

## MANDATE

In accordance with the opinion and judgment of December 9, 2022, and the court's order dated January 4, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 28, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit