IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Civil Action No. 3:16-cv-00386-PDW-ARS

THE RELIGIOUS SISTERS OF MERCY, State of North Dakota, Sacred Heart Mercy Health Care Center, SMP Health System, and University of Mary,

   **Plaintiffs,**

v.

THE CATHOLIC BENEFITS ASSOCIATION, Diocese of Fargo, Catholic Charities North Dakota, and Catholic Medical Association,

   **Consolidated Plaintiffs,**

v.

UNITED STATES DEPATMENT OF HEALTH AND HUMAN SERVICES, Alex M. Azar, II,

   **Defendants,**

v.

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, United States Department of Health and Human Services, Victoria Lipnic, Alex M. Azar, II, and American Civil Liberties Union,

   **Consolidated Defendants.**

## NOTICE OF ENTRY OF APPEARANCE
## OF ANDREW NUSSBAUM

Andrew Nussbaum of Nussbaum Gleason, PLLC, enters his appearance on behalf of Plaintiff Catholic Benefits Association, Diocese of Fargo, Catholic Charities North Dakota, and Catholic Medical Association (collectively, "Catholic Benefits Association Plaintiffs") in the above-referenced matter. Mr. L. Martin Nussbaum will also remain as counsel for the Catholic Benefits Association Plaintiffs.

Dated April 4, 2023.

/s/ Andrew Nussbaum
Andrew M. Nussbaum
L. Martin Nussbaum
Nussbaum Gleason, PLLC
2 N Cascade Ave, Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 428 - 3093
Email: andrew@nussbaumgleason.com

*Attorneys for Catholic Benefits Association, Diocese of Fargo, Catholic Charities North Dakota, and Catholic Medical Association, Plaintiffs*

## CERTIFICATE OF SERVICE

I, hereby certify that on this 4th day of April, 2023, a true and correct copy of the foregoing **NOTCE OF APPEARANCE** was filed with the Court and electronically served via ECF, addressed as follows:

| | |
|---|---|
| Matthew A. Sagsveen<br>ATTORNEY GENERAL'S OFFICE<br>NATURAL RESOURCE DIV.<br>500 N 9th STREET<br>BISMARCK, ND 58501-4509<br>701-328-3640<br>Email: masagsve@nd.gov<br>*LEAD ATTORNEY* | Luke W. Goodrich<br>Daniel Chen<br>Joseph Davis<br>Mark L. Rienzi<br>Becket Fund for Religious Liberty<br>1919 Pennsylvania Avenue NW<br>Suite 400<br>Washington, DC 20006 |
| Wayne K. Stenehjem<br>Attorney General's Office<br>600 E. BOULVARD<br>BISMARCK, ND 58505-0040<br>701-328-2210<br>Email: wstenehjem@nd.gov<br>*LEAD ATTORNEY* | *Attorneys for The Religious Sisters of Mercy, Sacred Heart Mercy Health Care Center, SMP Health System, and University of Mary, Plaintiffs.* |

*Attorneys for The State of North Dakota, Plaintiff.*

Bradley Humphreys
Emily B. Nestler
Bailey W. Heaps
Rhett P. Martin
U.S. Department of Justice
20 Massachusetts Ave., NW
Suite 7136
Washington, DC 20530
202-514-1280
Emails: bradley.humphreys@usdoj.gov;
emily.b.nestler@usdoj.gov;
bailey.w.heaps@usdoj.gov;
Rhett.martin@usdoj.gov

Tara V. Iversen
U.S. Attorney's Office
655 1 Ave N Ste 250
Fargo, ND 58102
701-297-7414
Email: Tara.Iversen@usdoj.gov

*Attorneys for Secretary of the United States Department of Health and Human Services, Alex M. Azar, II , United States Equal Employment Opportunity Commission, and Victoria Lipnic, Defendants.*

Dane DeKrey
DeKrey Hock LLC
3542 16th Street South
Moorhead, MN 56560
307-389-3680
Email: dane@ringstromdekrey.com

Brigitte Amiri
Joshua A. Block
Louise Melling
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
212-519-7897
Email: bamiri@aclu.org
jblock@aclu.org
lmelling@aclu.org

Daniel I. Mach
American Civil Liberties Union Foundation
915 15th Street, Sixth Floor
Washington, DC 20005
202-675-2330
Email: dmach@aclu.org

Daniel Korobkin
American Civil Liberties Union Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
313-578-6824
Email: dkorobkin@aclumich.org
PRO HAC VICE

*Attorneys for Amicus American Civil Liberties Union*

             <u>s/ Kelly Callender</u>