IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.*,<br><br>          *Plaintiffs,*<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>          *Defendants.* | No. 3:16-cv-386 |

**NOTICE OF SETTLEMENT OF ATTORNEY'S FEES AND COSTS**

Plaintiffs the Religious Sisters of Mercy, Sacred Heart Mercy Healthcare Center, SMP Health System, and the University of Mary hereby notify the Court that they and Defendants have executed a written settlement agreement resolving all issues relating to the RSM Plaintiffs' entitlement to attorney's fees and costs in this case. Respectfully submitted this 8th day of September, 2023.

/s/ Luke W. Goodrich
Luke W. Goodrich
Mark L. Rienzi
Joseph C. Davis
Daniel L. Chen
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
Telephone: (202) 349-7216
Facsimile: (202) 955-0090
lgoodrich@becketlaw.org

*Counsel for Plaintiffs*
*Religious Sisters of Mercy,*
*Sacred Heart Mercy Health Care Center,*
*SMP Health System, and*
*University of Mary*

2

**CERTIFICATE OF SERVICE**

    I certify that on September 8, 2023, the foregoing was served on all parties via ECF.

/s/ Luke W. Goodrich  
Luke W. Goodrich
