**EXHIBIT 1-A**
**COSTS**

| Date | Amount | Category | Description |
|---|---|---|---|
| 6/28/2016 | $9.90 | Research | Westlaw |
| 7/26/2016 | $21.80 | Research | Westlaw |
| 7/26/2016 | $9.90 | Research | Westlaw |
| 8/20/2016 | $9.90 | Research | Westlaw |
| 8/9/2016 | $19.80 | Research | Westlaw |
| 8/16/2016 | $23.60 | Research | Westlaw |
| 8/16/2016 | $29.70 | Research | Westlaw |
| 10/15/2016 | $9.90 | Research | Westlaw |
| 11/30/2016 | $23.60 | Research | Westlaw |
| 12/2/2016 | $5.90 | Research | Westlaw |
| 12/2/2016 | $9.90 | Research | Westlaw |
| 12/13/2016 | $29.70 | Research | Westlaw |
| 12/13/2016 | $9.90 | Research | Westlaw |
| 12/14/2016 | $9.90 | Research | Westlaw |
| 12/15/2016 | $29.50 | Research | Westlaw |
| 12/15/2016 | $69.30 | Research | Westlaw |
| 12/19/2016 | $19.80 | Research | Westlaw |
| 12/22/2016 | $1,093.00 | Court Fees | Filing Fees |
| 12/24/2016 | $9.90 | Research | Westlaw |
| 12/26/2016 | $29.70 | Research | Westlaw |
| 12/27/2019 | $9.90 | Research | Westlaw |
| 12/27/2019 | $23.60 | Research | Westlaw |
| 12/27/2019 | $9.90 | Research | Westlaw |
| 12/29/2019 | $39.60 | Research | Westlaw |
| 12/29/2019 | $19.80 | Research | Westlaw |
| 12/30/2016 | $19.80 | Research | Westlaw |
| 1/9/2017 | $9.90 | Research | Westlaw |
| 1/24/2017 | $19.80 | Research | Westlaw |
| 1/27/2017 | $78.02 | Research | Pacer Fees |
| 4/13/2017 | $35.51 | Research | Pacer Fees |
| 6/19/2017 | $19.80 | Research | Westlaw |
| 7/17/2017 | $19.80 | Research | Westlaw |
| 7/28/2017 | $28.30 | Research | Pacer Fees |
| 7/27/2018 | $34.00 | Research | Westlaw |
| 7/27/2018 | $23.80 | Research | Westlaw |
| 8/17/2018 | $11.90 | Research | Westlaw |
| 8/23/2018 | $11.90 | Research | Westlaw |
| 2/3/2020 | $27.60 | Court Fee | Federal Court Fees |

| Date | Amount | Category | Description |
|---|---|---|---|
| 6/4/2020 | $3.90 | Court Fee | Federal Court Fee Case Review |
| 9/15/2020 | $16.10 | Research | Pacer Fee |
| 10/30/2020 | $5.70 | Research | Pacer Fee |
| 11/23/2020 | $5.20 | Research | Pacer Fee |
| 9/10/2021 | $462.01 | Printing | Printing |
| 12/14/2021 | $730.38 | Airfare | Airline tickets (Martin Nussbaum & Ian Speir) round trip to St. Paul for Eighth Circuit argument |
| 12/14/2021 | $396.96 | Hotel | Hotel, 2 rooms in St. Paul for Eighth Circuit argument |
| 12/14/2021 | $52.20 | Ground Transp. | Transportation in St. Paul for Eighth Circuit argument |
| 12/14/2021 | $62.86 | Meals | Meals in St. Paul for Eighth Circuit argument |
| 12/14/2021 | $171.55 | Meals | Meals in St. Paul for Eighth Circuit argument |
| 12/15/2021 | $24.71 | Meals | Meals in St. Paul for Eighth Circuit argument |
| 12/15/2021 | $48.30 | Ground Transp. | Transportation in St. Paul for Eighth Circuit argument |
| 12/15/2021 | $97.95 | Mileage Reimbursement | Mileage from COS - DIA for Eighth Circuit argument |
| 12/15/2021 | $60.00 | Parking | Airport Parking DIA for Eighth Circuit argument |
| 3/31/2021 | $238.00 | Court Fee | Attorney admission application fee |
| 8/21/2023 | $47.45 | Court Fee | Transcript of July 17th, 2023, Status Conference |
| Total Expenses | $4,340.80 | | |