**EXHIBIT 1-C**
**TOTAL HOURS BILLED**

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Prof. Helen Alvaré (1984) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.25 | 6.25 |
| Ed Gleason (1979) | 0 | 0.3 | 0 | 0 | 0 | 4.5 | 0 | 0 | 4.8 |
| Deion Kathawa | 0 | 0 | 0 | 0 | 20.3 | 0 | 0 | 0 | 20.3 |
| Eric Kniffin (2003) | 531.3 | 196.3 | 3.3 | 0 | 0 | 0 | 0 | 0 | 730.9 |
| Matthew Mellema (2013) | 42 | 1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 43.2 |
| Andrew Nussbaum (2016) | 0 | 0 | 0 | 0 | 0 | 5.3 | 17.35 | 78.25 | 100.9 |
| Martin Nussbaum (1985) | 209.3 | 75 | 2.7 | 3.25 | 51.1 | 156.8 | 23.3 | 170.7 | 692.15 |
| Ian Speir (2011) | 141.6 | 14.5 | 0.4 | 4.2 | 129.5 | 249.8 | 30.6 | 28.15 | 598.75 |
| Alec Afarian (2023) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32.40 | 32.4 |
| Paralegals (various) | 37.4 | 5.9 | 0 | 3.5 | 5.7 | 9.6 | 1.9 | 50.35 | 114.35 |
| **Total** | 961.6 | 293.2 | 6.4 | 10.95 | 206.6 | 426 | 73.15 | 366.1 | 2344 |