**EXHIBIT 1-D**
**NET HOURS BILLED AFTER BILLING JUDGMENT DELETIONS**

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Prof. Helen Alvaré (1984) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ed Gleason (1979) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deion Kathawa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eric Kniffin (2003) | 473.2 | 196.3 | 3.3 | 0 | 0 | 0 | 0 | 0 | 672.8 |
| Matthew Mellema (2013) | 42 | 1.2 | 0 | 0 | 0 | 0 | 0 | 0 | 43.2 |
| Andrew Nussbaum (2016) | 0 | 0 | 0 | 0 | 0 | 4.5 | 16.75 | 78.25 | 99.5 |
| Martin Nussbaum (1985) | 154.55 | 68.3 | 2.3 | 3.25 | 59.85 | 91.4 | 23.3 | 170.7 | 573.65 |
| Ian Speir (2011) | 134.7 | 14.5 | 0.4 | 4.2 | 129.1 | 244.7 | 30 | 27.85 | 585.45 |
| Alec Afarian (2023) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32.40 | 32.4 |
| Paralegals | 8.6 | 5.7 | 0 | 3.5 | 4 | 9.45 | 1.9 | 60.6 | 93.75 |
| Total | 813.05 | 286 | 6 | 10.95 | 192.95 | 350.05 | 71.95 | 369.8 | 2100.75 |