**EXHIBIT 1-E**
**PRIMARY TIMEKEEPERS' ACTUAL HOURLY RATE BY YEAR**

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|
| Eric Kniffin (2003) | $355 | $370 | $395 | n/a | n/a | n/a | n/a | n/a |
| Matthew Mellema (2013) | $260 | $260 | n/a | n/a | n/a | n/a | n/a | n/a |
| Andrew Nussbaum (2016) | n/a | n/a | n/a | n/a | n/a | $400 | $410 | $425 |
| Martin Nussbaum (1985) | $510 | $510 | $550 | $560 | $575 | $585 | $595 | $595 |
| Ian Speir (2011) | $310 | $350 | $380 | $395 | $425 | $450 | $475 | $475 |
| Alec Afarian (2023) | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $300 |
| Paralegals | $210 | $215 | n/a | $250 | $125 | $125 | $150 | $150 |