**EXHIBIT 1-F**
**LODESTAR CALCULATION BASED ON ACTUAL HOURLY RATES**
**TIMES NET HOURS BILLED**
(For each timekeeper: lodestar amount is the sum of the products of net hours billed by year times the actual rate for that year)

| Timekeeper | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Sum of Hours |
|---|---|---|---|---|---|---|---|---|---|
| Eric Kniffin (2003) | $167,986 | $72,631 | $1,303 | $0 | $0 | $0 | $0 | $0 | $241,920 |
| Matthew Mellema (2013) | $10,920 | $312 | $0 | $0 | $0 | $0 | $0 | $0 | $11,232 |
| Andrew Nussbaum (2016) | $0 | $0 | $0 | $0 | $0 | $1,800 | $6,868 | $33,256 | $41,924 |
| Martin Nussbaum (1985) | $78,821 | $34,833 | $1,265 | $1,820 | $34,414 | $53,469 | $13,864 | $101,567 | $320,053 |
| Ian Speir (2011) | $41,757 | $5,075 | $152 | $1,659 | 54,868 | $110,115 | $14,250 | $13,229 | $241,105 |
| Alec Afarian (2023) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,720 | $9,720 |
| Paralegals | $1,806 | $1,226 | $0 | $875 | $500 | $1,181 | $285 | $9,090 | $14,963 |
| **Totals** | $301,290 | $114,077 | $2,720 | $4,354 | $89,782 | $166,565 | $35,267 | $166,862 | $880,917 |