**EXHIBIT 1-G**
**INFLATION RATE BASED ON CONSUMER PRICE INDEX**
Source: at https://inflationdata.com/Inflation/Inflation_Rate/HistoricalInflation.aspx

| Year | Inflation Rate |
|---|---|
| 2017 | 2.13% |
| 2018 | 2.44% |
| 2019 | 1.81% |
| 2020 | 1.24% |
| 2021 | 4.7% |
| 2022 | 8.01% |
| 2023* | 4.22% |

*The average 2023 inflation rate through October 2023 is 4.22%.