**EXHIBIT 1-H**
**LODESTAR CALCULATION BASED ON**
**TIME-VALUED HOURLY RATE**
**TIMES NET HOURS BILLED***

| Timekeeper | Net Hours | Rate | Total |
|---|---:|---:|---:|
| Eric Kniffin | 672.8 | $480.00 | $322,944 |
| Matthew Mellema | 43.2 | $323.00 | $13,954 |
| Andrew Nussbaum | 99.5 | $425.00 | $42,288 |
| Martin Nussbaum | 573.65 | $595.00 | $341,322 |
| Ian Speir | 585.45 | $475.00 | $278,089 |
| Alec Afarian | 32.4 | $300.00 | $9,720 |
| Paralegals | 93.75 | $150.00 | $14,063 |
| Total | | | $1,022,378 |

*The time-valued rate is the 2023 rate for those timekeepers active in 2023. If there was no 2023 rate for the particular timekeeper, the time-valued rate is their most recent annual billing rate adjusted by the inflation rate based on the consumer price index. Thus, the time-valued rate for Eric Kniffin is his 2018 rate of $395 x (1.0181)(1.0124)(1.047)(1.0801)(1.0422) = $395 x 1.215 = $480. For Matthew Mellema, his time-valued rate is his 2017 rate of $260 times (1.0244) (1.0181) (1.0124) (1.047) (1.0801) (1.0422) = $260 x 1.244 = $323