EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM


## L. MARTIN NUSSBAUM

Nussbaum Speir Gleason PLLC
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
719-822-0711; martin@nussbaumspeir.com


**PROFESSIONAL**

Nussbaum Gleason PLLC
  Founder and partner, 2018 to present

Lewis Roca Rothgerber Christie LLP
Colorado Springs, Colorado
  Partner, 1997 to 2018
  Founder and co-chair, Religious Institution Group, 1997 to 2018
  Member, Employment Law Group, 1997 to 2018
  Editor-in-chief, *The First Freedom,* 1998 to 2005
  Webmaster, The RJ&L Religious Liberty Archive at www.churchstatelaw.com

Sparks Dix, P.C.
Colorado Springs, Colorado
  Director, Employment Law and Human Resources Group
  Partner, 1989 to 1997
  Associate, 1985 to 1989
  (employment law, religious institution law, litigation)

**EDUCATION**

University of Texas School of Law, J.D. 1985
  Baker & Botts Prize (Outstanding Second-Year Student)
  President and Founder, Texas Federalist Society of Law & Public Policy
  Dean's Award for Academic Distinction
  Weaver Fellow

University of Notre Dame, B.A. 1974
  *Phi Beta Kappa*
  Cavanaugh Award (Outstanding Senior in Theology Department)
  *Summa cum laude*
  Notre Dame Debate
  Notre Dame Scholar

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

## COURT ADMISSIONS

Colorado Courts, 1985
United States District Court, District of Colorado, 1985
United States Bankruptcy Court, District of Colorado, 1987
United States Supreme Court, April 18, 1994 (Bar No. 206777)
United States Court of Appeals for the Tenth Circuit, 1998
United States District Court, New Mexico, 2020
United States Court of Appeals for the Eighth Circuit, 2021

*Pro Hac Vice Admissions*
Wyoming District Court, 1999
United States Court of Appeals for the Sixth Circuit, 2001
Texas District Court, 2001
Massachusetts Supreme Judicial Court, 2002
Massachusetts Superior Court, 2003
United States District Court, Southern District of California, 2004
Mississippi Supreme Court, 2004
United States Bankruptcy Court, District of Oregon, 2004
United States Court of Appeals for the Ninth Circuit, 2008
Connecticut Superior Court, Waterbury District, 2010
District Court of Johnson County, Kansas, 2011
Connecticut Superior Court, New Haven District, 2011
Circuit Court of the City of St. Louis, Missouri, 2013
United States District Court, Western District of Oklahoma, 2014
Michigan Court of Appeals, 2014
Michigan Supreme Court, 2014
United States District Court, North Dakota, 2016
Connecticut Court of Appeals, 2022
Connecticut Supreme Court, 2023

## HONORS AND AWARDS

Chambers USA, First Amendment litigation—nationwide, 2016 to present
Catholic Press Association 2015 Award for Best Coverage of Religious Liberty Issues for "Severing the Roots of the Tree of Liberty," by L. Martin Nussbaum and Eric Kniffin
Best Lawyers in America (Non-Profit/Charities Law), 2007 to present
    2021 Denver Lawyer of the Year in Non-Profit & Charities Law
    2014 Denver Lawyer of the Year in Non-Profit & Charities Law
BTI Client Services All Star, 2014 (for outstanding client services to a Fortune 1000 company)
Colorado Super Lawyer (constitutional law), 2006 to present
Martindale Hubbell (AV preeminent rating), 1994 to present
Charles Goldberg Heavy Lifting Award for Outstanding Client Service, 2007
Colorado Springs Style Top Attorney-Church Law, 2017
Dove of Peace Award, Center for Christian Jewish Dialogue, 2006

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Who's Who in American Law (8th ed. 1993)

## NOTABLE REPRESENTATIONS, CASES, AND LEGISLATION

*Religious Sisters of Mercy v. Becerrra*, 55 F.4th 583 (8th Cir. 2022) aka Catholic Benefits Association v. Becerra (affirms permanent injunctive relief, now for over 80 dioceses and over 1,200 Catholic employers HHS gender transition services coverage and performance mandates and from EEOC's application of Title VII to enforce gender transition services coverage mandates and declaratory relief eliminating billions in accumulated excise taxes; second case in the nation to acquire such relief).

Religious Sisters of Mercy v. Azar, 513 F.Supp.3d 1113 (D. N.D. 2021) aka Catholic Benefits Association v. Azar (HHS) and Dhillo (EEOC), No. 3:16-cv-00386 (D.N.D. 2021) (permanent injunction relief for 74 dioceses and archdioceses and over 1,100 other Catholic employers from HHS gender transition services coverage and performance mandates and from EEOC's application of Title VII to enforce gender transition services coverage mandates and declaratory relief eliminating billions in accumulated excise taxes; first case in the nation to acquire such relief from the EEOC).

List Interactive v. Knights of Columbus, No. 2017-CV-210-RBJ (D. Colo. 2019) (successful defense of Knights of Columbus in three week jury trial in which plaintiff sought $108 million in damages and received less than 0.5% of this amount; highlights include: dismissal of claim challenging federal tax exempt status; dismissal of RICO claims; jury verdict against claims of promissory estoppel, misappropriation of trade secrets, tortious interference, and fraud; court's rejection of plaintiff's effort to discover names of 1.9 million members; court's rejection of proposed jury instruction seeking to identify Catholic members of the jury panel along with information related to the intensity of their faith).

Catholic Benefits Association v. Sebelius, No. 14-CV-685-R (W.D. Okla. 2018) (granting permanent injunction against federal agencies from enforcing their regulation mandating health care plans for 1,000 Catholic employers to include coverage for contraceptives, abortion inducing drugs and devices, sterilization, and related counseling; injunction also protects insurers and third party administrators; providing declaratory relief eliminating $5.9 billion in accumulated excise taxes; ordering the future CBA members automatically benefit from same injunction and declaratory relief, and awarding $720,000 in fees and costs).

Knights of Columbus & In Defense of Christians: Christian Genocide Project (prepare data base of actions by ISIS constituting genocide against Christians in Syria, Iraq, and Libya; counsel of record for legal brief to Secretary of State John Kerry; assisted preparation of the 277 page report, GENOCIDE AGAINST CHRISTIANS IN THE MIDDLE EAST (March 9, 2016); published articles in National Review and Politico as part of successful effort to cause the United States Department of State issue genocide declaration for religious groups, including Christians, in ISIS-controlled territories; on March 14, 2016, the House of Representatives voted unanimously in favor of this genocide declaration; on March 17, 2016, Secretary Kerry issued the declaration).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

<u>Catholic Benefits Association v. Sebelius</u>, No. 14-CV-685-R (W.D. Okla. 2014) (granting temporary restraining order against federal agencies from enforcing their regulatory mandate that health care plans for 156 Catholic employers include, at no cost to the employee, coverage for contraceptives, abortion inducing drugs and devices, sterilization, and related counseling).

<u>Catholic Benefits Association v. Sebelius</u>, ___ F.Supp.2d ___, 2014 WL 2522357 (W.D. Okla. 2014) (recognizing associational standing and applying the Religious Freedom Restoration Act to grant preliminary injunction against federal agencies from enforcing regulatory mandate that health care plans for 420 Catholic employers include, at no cost to the employee, coverage for contraceptives, abortion inducing drugs and devices, sterilization, and related counseling).

<u>Chabad-Lubavitch of Michigan v. Schuchman</u>, 853 N.W.2d 390 (Mich. Ct. App. 2014) (equitable tolling during exhaustion of ecclesiastical remedies including thirteen years of litigation before three rabbinic panels; Michigan follows *Watson v. Jones* deference approach for resolving hierarchical religious society's property dispute with rebellious congregation), *rev'd*, 862 N.W.2d 648 (Mich. 2015), *cert. denied* (U.S. 2016).

<u>Lindeman v. Corporation of the President of the Church of Jesus Christ of Latter-day Saints</u>, 43 F.Supp. 2d 1197 (D. Colo. 2014) (summary judgment for church in situation where Sunday School teacher had intercourse with 15-year old girl, holding that there is no fiduciary relationship between Sunday School teacher and visiting student, there is no legal duty for church to hire or to supervise with concern as to teachers after hours, off premises misconduct; perpetrator's prior domestic strife does not constitute notice of potential heightened risk of child sexual abuse).

<u>Dobson v. Sebelius</u>, 38 F.Supp.3d 1245 (D.Colo. 2014) (preliminary injunction granted because Religious Freedom Restoration Act requires exemption for the benefit of Dr. James Dobson and his ministry, Family Talk, from HHS abortifacient mandate).

Catholic Benefits Association and Catholic Insurance Company (general counsel for both, incorporator for Catholic Insurance Company) (2013).

<u>Purdum v. Purdum</u>, 301 P.3d 718 (Kan. App. 2013) (First Amendment Establishment Clause and related Doctrine of Church Autonomy deprive court of subject matter jurisdiction to adjudicate wife's allegedly defamatory statement made in her petition for annulment of sacramental marriage filed in the tribunal of the Archdiocese of Kansas City in Kansas).

<u>Spencer v. World Vision</u>, 633 F.3d 723 (2010) (*per curiam*) (Title VII religious organization exemption applies to international Christian aid agency so that it may lawfully terminate atheist employees) (amicus advocacy on behalf of Christian Legal Society, Association of Gospel Rescue Missions, Center for Public Justice, National Association of Evangelicals, Samaritan's Purse, and Union of Orthodox Jewish Congregations of America).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

J.C. v. Dungarvin Colorado, LLC, 252 P.3d 41, 2010 WL 3035220 (Colo. App. 2010) (immunity statute for community centered board serving developmentally disabled, convicted sex offender bars negligent supervision and related claims arising from sexual assault on a child).

Grace Church & St. Stephen's v. Bishop and Diocese of Colorado, Case No. 07CV1971 (El Paso County Dist. Ct., Colorado 2009) (successful lead counsel for Episcopal Church parish and Diocese of Colorado in five week trial in a secessionist congregation dispute).

Colorado Christian University v. Weaver, 534 F.3d 1245 (10th Cir. 2008) (First Amendment advocacy successfully challenging constitutionality of statute that deprived students of public financial assistance if they attended a "pervasively sectarian" institution).

In Roman Catholic Archbishop of Portland in Oregon, and Successors, a Corporation Sole, dba Archdiocese of Portland in Oregon, 345 B.R. 230 (Bankr. D. Or. 2006) (archdiocesan self-settled trust corpus is not part of debtor's estate; debtor's beneficial interest in trust is part of the estate but is subject to conditions on use of income in declaration of trust).

In Roman Catholic Archbishop of Portland in Oregon, and Successors, a Corporation Sole, dba Archdiocese of Portland in Oregon 335 B.R. 815 (Bankr. D. Or. 2005), 335 B.R. 868 (Bankr. D. Or. 2005), 345 B.R. 686 (Bankr. D. Or. 2006) (First Amendment and charitable trust counsel for the Archdiocese of Portland in the first bankruptcy of Catholic diocese in American history).

Melanie H v. Sisters of the Most Precious Blood (Case No. 04CV1596 WQH (JFS), U.S. Dist. Ct., S.D. Cal. 2004) (challenging constitutionality of California statute which suspended statute of repose in childhood sexual abuse case and permitted 1,000 to be filed against Catholic institutions).

Morrison v. Roman Catholic Diocese of Jackson, (Case No. 2003-M-00744, Mississippi Supreme Court 2005) (First Amendment challenge to claims that Catholic bishop negligently supervised his priest).

House Bill 03-1363 (eliminating the previous requirements in the Colorado Educational and Cultural Facilities Act which limited tax exempt bond financing to § 501(c)(3) educational and cultural facilities other than those which were pervasively sectarian).

James M. Hogan, et al., v. The Roman Catholic Archbishop Of Boston, et al. (Case No. 02-1296H, Suffolk County Superior Court, Massachusetts 2003) (Omnibus motion and argument on behalf of Archdiocese of Boston, Bernard Cardinal Law, Bishop McCormack, Bishop Daily, and over fifteen other church representatives challenging on First Amendment grounds the subject matter jurisdiction of the court to determine a reasonably prudent bishop standard as required to adjudicate over 400 pending lawsuits)

Kahwajy v. Catholic Diocese of Richmond, (Case No. LP2077-4, Richmond Circuit Court, Virginia 2003) (Ms. Kahwajy, a former Catholic school principal, alleged defamation and

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

wrongful termination.  After filing a motion to dismiss which contended that the First Amendment Doctrine of Church Autonomy deprived the Circuit Court of subject matter jurisdiction and which was supported by an affidavit establishing that a Catholic school principal is engaged in the ministry of education, the plaintiff voluntarily dismissed her lawsuit.)

Colorado v. Sue, (Case Number: 2000CR37, Park County District Court, Colorado 2002) (In triple murder case, District Court, observing the First Amendment Doctrine of Church Autonomy as regards church communications, grants motion to quash subpoena duces tecum filed by Lutheran pastor.  Defendant's counsel had served subpoena to acquire testimony and documents based upon Lutheran pastor's counseling and penitential communications with defendant's alleged co-conspirator and upon pastor's counseling of co-conspirators' parents.)

Robinson v. City of Colorado Springs (Case No. 02SC529, Colo. 2002) (Colorado Supreme Court denies certiorari as regards Colorado Court of Appeals decision affirming propriety of zoning for multi-purpose service center for the indigent and homeless)

In Re: Grand Jury Subpoena to The Custodian of Records, Catholic Diocese of El Paso (District Court of El Paso County, Texas, 168th Judicial District) (2002) (Diocese of El Paso invokes the Church Communications branch of the First Amendment Doctrine of Church to cause the District Attorney to withdraw a grand jury subpoena for a priest's personnel file).

Hiles v. Episcopal Diocese of Massachusetts, 437 Mass. 505, 773 N.E.2d 929 (Mass. 2002) (reversing Court of Appeals and holding that First Amendment Doctrine of Church Autonomy bars civil court jurisdiction over defamation, civil rights, and other claims brought by Episcopal priest and his wife and arising from a church disciplinary process; also holding that plaintiff has burden of proving subject matter jurisdiction).

Steele v. Industrial Development Board of the Metropolitan Government of Nashville and Davidson County, 301 F.3d 401 (6th Cir. 2002) (reversing District Court and holding that the Establishment Clause does not preclude local government from providing tax exempt bond financing for Lipscomb University, a Church of Christ college) (amicus advocacy on behalf of the Christian Legal Society, Union of Orthodox Jewish Congregations of America, Association of Christian Schools International, Council for Christian Colleges and Universities, and National Association of Evangelicals).

Bryce v. Episcopal Church in the Diocese of Colorado, 289 F.3d 648 (10th Cir. 2002) (affirming dismissal of Title VII and 42 U.S.C. § 1983 claims of youth minister and her partner because First Amendment Religion Clauses' Doctrine of Church Autonomy deprives civil courts of jurisdiction to hear such claims; affirming that 1993 Smith decision does not affect Doctrine of Church Autonomy; rejecting application of any balancing test; and, finally, affirming that an Episcopal judge need not recuse himself because of his religion).

Williams v. Episcopal Diocese of Massachusetts, 436 Mass. 574, 766 N.E.2d 820 (2002) (affirming dismissal of Episcopal priest's civil rights claims alleging gender discrimination,

harassment, and retaliation for lack of subject matter jurisdiction under the First Amendment
Religion Clauses; affirming that such claims involve no balancing test; and affirming that the
plaintiff has the burden of proving subject matter jurisdiction).

Bryce v. Episcopal Church in The Diocese of Colorado, 121 F.Supp. 2d 1327 (D. Colo. 2000),
aff'd, 289 F.3d 648 (10th Cir. 2002) (dismissing statutory discrimination claims of a youth
minister and her life partner for lack of subject matter jurisdiction under the First Amendment
Doctrine of Church Autonomy and rejecting attempt to disqualify judge due to his religious
affiliations).

Johnson v. Econ. Dev. Corp. of the County of Oakland, 241 F.3d 501 (6th Cir. 2000) (holding
that tax exempt financing benefitting non-pervasively sectarian religious school does not violate
the Establishment Clause) (amicus advocacy on behalf of the  Christian Legal Society, National
Association of Evangelicals, National Catholic Education Association, Association of Christian
Schools International, Union of Orthodox Jewish Congregations of America, and others).

Boussu v. Diocese of Wyoming (Wyo. D. Ct. 1998) (a Wyoming minister misconduct case of first
impression dismissing claims of negligent management, breach of fiduciary duty, and vicarious
liability against a denomination on common law and First Amendment grounds).

Ayon v. Gourley, 47 F.Supp.2d 1246, (D. Colo. 1998), aff'd on other grounds,
185 F.3d 873 (10th Cir. 1999) (rejecting sexual misconduct claims of negligent supervision,
fiduciary duty, and outrageous conduct on First Amendment and statute of limitations grounds).

Moses v. Diocese of Colorado, 863 P.2d 310 (Colo. 1993), cert. denied, (U.S. 1993) (amicus brief
for a coalition of churches and denominations in support of application for certiorari requesting
that the United States Supreme Court apply the First Amendment to bar judicial consideration of
a negligent supervision claim involving a denomination and its minister).

McClellan v. Colorado Department of Corrections (D. Colo. 1993) (allowing an Episcopal inmate
access to the eucharistic cup during Sunday services notwithstanding a Department of
Corrections rule against drinking alcoholic beverages and subsequently cited in Senate debates
over the passage of the Religious Freedom Restoration Act of 1993 regarding the religious liberty
of prisoners).

Myers v. Diocese of Colorado Springs (El Paso County D. Ct., Colo. 1993) (holding that the  Fair
Labor Standards Act and its overtime premium pay provisions are inapplicable for employees of a
Catholic parish).

House Bill 92-1034 (acquired exemption for persons "engaged in the practice of religious
ministry" from the Colorado Mental Health Act, codified at Colo. Rev. Stat. § 12-43-215(1) and
(5).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

<u>Destefano v. Grabrian</u>, 763 P.2d 275 (Colo. 1988) (rejecting minister misconduct claims of clergy malpractice and vicarious liability on common law, First Amendment, and heart balm grounds).

**NOTABLE PUBLIC RELATIONS EFFORTS**

John Solomon, "Groups: Justice court filing defy Trump promises on religious freedom," <u>The Hill</u> (August 23, 2017) (available at: <u>http://thehill.com/homenews/administration/347728-groups-justice-court-filings-defy-trump-promises-on-religious-freedom</u>).

Media coverage related to filing of Catholic Benefits Association lawsuits against EEOC and HHS resulting in articles published in Associated Press, Breitbart, Crux, National Catholic Register, National Public Radio, Pittsburgh-Post Gazette, Washington Examiner, Washington Post, Washington Times, WND, and others (December 2016).

Judy Roberts, "Benedict and Clergy Sexual Abuse: Decisive and Aggressive Action: Holy Father's record refutes critics' claims that he mishandled the explosive issue," <u>National Catholic Register</u> (March 5, 2013).

Vincent Carroll, "Our Selective Curiosity on sex scandals," <u>The Denver Post</u> (October 10, 2010).

William McGurn, "The Pope and the New York Times," <u>The Wall Street Journal</u> (April 6, 2010).

Resignation of Ted Haggard amidst scandal, President of National Association of Evangelicals (various stories November-<u>December</u> 2006; number one news story in world on November 4, 2006).

**PUBLICATIONS**

"Window of Opportunism," First Things 9 (December 2023).

"The Biden Administration's Regulatory Super Weapon for Its Radical Agenda," National Review (November 20, 2022).

"Another round in the 'HHS mandate' fight? The Pillar (interview of Martin Nussbaum by Charlie Camosy) (November 26, 2021).

"Pilate's Fear, Our Freedom," Catholic Herald (November 19, 2021).

"Should houses of worship be exempt from Covid restrictions?" Colorado Springs Gazette Telegraph, D4 (November 29, 2020).

"Colorado churches: Shutdown or social distancing?", Colorado Springs Gazette Telegraph (May 24, 2020).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Catholic employers must lead with their faith," Legatus Magazine (May 2020) (ghost written by Martin Nussbaum for Douglas Wilson).

"'Error Has No Rights': Religious Coercion Persists, from Russia to America," National Review (September 18, 2017) (with John N. Thorpe).

"The Unconstitutional Blaine Amendment in Colorado and Beyond," (paper) presented to the Colorado Advisory Committee of the U.S. Commission on Civil Rights (University of Denver, July 19, 2017).

"Little Sisters, Big Stakes," National Review (March 21, 2016).

"Call ISIL's religious war what it is: Genocide," Politico (March 16, 2016).

"Will the Obama Administration Recognize the Legal Evidence of Genocide, interview of L. Martin Nussbaum by Kathryn Jean Lopez, National Review (March 12, 2016).

"Little Sisters of the Poor Refuse Contraception," Investor's Business Daily (online July 16, 2015).

"Smoke and Mirrors from HHS:  The freedom to choose applies to conscientious objectors, too," National Review Online (August 26, 2014).

"Obama's Executive Order Tramples Values of Faith-Based Agencies:  Severing the Roots of the Tree of Liberty, *National Catholic Register* (online July 28, 2014) (print August 10, 2014) (with Eric Kniffin).

"Obamacare's religious winners and losers,"
    Catholic News Service, The Lay Catholic (March 6, 2014).
    www.thelaycatholic.com/obamacares-religious-winners-losers/.
    Catholic Herald (March 7, 2014).

"The HHS Mandate:  Why has the administration picked a fight it is almost sure to lose?" National Review Online (August 21, 2012).

"'The American River Ganges' Rising," First Things (website) (December 10, 2010) (with Melissa Nussbaum).

"Faith, Freedom and the Fourth of July," Colorado Catholic Herald 7 (July 3, 2009).

"Fallen Pastors," The First Freedom (Spring 2008).

"Predators in public jobs still get a pass," Colorado Springs Gazette Telegraph A19 (March 1, 2008).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Would law handcuff faith-based charities?  Yes, it's bad policy that hurts the poor," Rocky Mountain News 28 (February 2, 2008).

"The Ministry of Teaching," 18 Association of Christian Schools International Legal Legislative Update 5 (Winter 2007).

"Changing the Rules:  Selective justice for Catholic institutions," America 13 (May 15, 2006).

"The National Association of Evangelicals Declaration on Religious Freedom for Soldiers and Military Chaplains," (February 7, 2006) (endorsed by 60 Protestant denominations).

"Pastoral Confidence Preserved by Lutheran Pastor," The First Freedom (Summer 2004).

"Supreme Court Identified 'Play in the Joints' When Government Funds Religion," The First Freedom (Summer 2004).

"Employment Agreements: A simpler way to define employment relationships," The Colorado Springs Business Journal 16 (February 20, 2004).

"Scandal and the Constitution" First Things 18 (October 2003).

"ACLU Invades Mormon Church Grounds," The First Freedom (Autumn 2002).

"A First Amendment Attorney Reflects on the Catholic Scandal," The First Freedom (Autumn 2002).

"Colorado Federal Court Affirms Doctrine of Church Autonomy by Dismissing Church-Minister Employment Dispute," The First Freedom (Winter 2001).

"Licensing Requirements for Church Children's Programs," The First Freedom (Winter 2001).

"Taxability of Stole Offerings," The First Freedom (Fall 1999).

"Applicability of Employment Statutes to Church Employers," The First Freedom (Fall 1999).

"Courts and Congress Revive Free Exercise Rights," The First Freedom (Summer 1998)

"When Parents Disagree About Their Kids' Religion," The First Freedom (Summer 1998)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"School Vouchers Victorious," The First Freedom (Summer 1998)

"Jones v. Clinton: Bad News and Good News for Employers," inBIZ 10 (May 19, 1998); RJL Employment Law (Summer 1998).

"Acceptance Grows for Church-State Cooperation," The First Freedom (Winter 1998).

"Religious Freedom Restoration Act Unconstitutional," The First Freedom (Winter 1998).

"Religious Freedom Suffers Second Body-Blow from High Court," The Christian American (Colorado Supplement) 4 (January/February 1998).

"Ministerial Misconduct and the Right of Church Autonomy," Proceedings . . . Thirty-Second National Meeting of Diocesan Attorneys 155 (April 21-23, 1996).

"Nonprofits: To Tax or Not to Tax?", Colorado Springs Gazette Telegraph B5 (July 21, 1996).

"Murphy's law: What can go wrong, will," Best Years Beacon 1 (June 1996) (published as "Who wins by taxing churches & charities? Changes in property tax exemptions).
        The Colorado Springs Independent 6 (April 3, 1996).
        The Catholic Herald 36 (April 3, 1996).
        The Denver Post 7B (March 30, 1996) (published as "Murphy's law: What can go wrong, did").

"An Unromantic View of Romance in the Workplace," Law Briefs (Winter 1995).

"Church Buildings and Disabilities Law," Art and Environment 59 (August 1994) (co-authored with Melissa Musick Nussbaum).

"Considine Law Prevents Entanglement," Colorado Springs Gazette Telegraph B5 (October 30, 1992).

"Vouchers Would End Monopoly," (letter) Colorado Springs Gazette Telegraph B5 (October 27, 1992).

"Court Confuses Public Religion, Religion in Public," Colorado Springs Gazette Telegraph D7 (July 5, 1992).

"The Judicial Restriction of Religious Freedom," Catholic Herald 21 (November 6, 1991).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Origins of American Religious Freedom," Catholic Herald 19 (October 2, 1991).

"Don't Let Volunteers Put Your Organization at Risk," Exempts 1 (Spring 1991).

"Treasured Religious Freedoms Under Attack by the Courts," Colorado Springs Gazette Telegraph B7 (April 3, 1991).

"Property Tax Exemptions for Religious and Non-Profit Organizations," 18 Colorado Lawyer 1940 (Oct. 1989).

"A Garment for the Naked Public Square:  Nurturing American Public Theology," 16 Cumberland Law Review 53 (1985-1986).

"Mueller v. Allen: Tuition Tax Relief and the Original Intent," Harvard Journal of Law and Public Policy 551 (1984).

**QUOTED IN THESE PUBLICATIONS**

Christian Post, Christianity Today, Colorado Springs Independent, Colorado Catholic Herald, Colorado Springs Gazette, Crux, Denver Post, Deseret News, Intermountain Jewish News, Los Angeles Times, Milwaukee Sentinel, National Catholic Register, National Public Radio, New York Times, The Pillar, Wall Street Journal, Washington Examiner, Washington Post, Washington Times, WND.

**INTERVIEWED ON THESE MEDIA OUTLETS:**  Family Talk by Dr. James Dobson regarding current assaults on religious freedom (other guests were Bishop William Lori of Bridgeport, CT, and Professor Robbie George of Princeton University) (January 2012), EWTN Nightly News regarding Clinical Trial mandate utilizing human embryonic stem cells and tissue harvested from aborted fetuses (April 2020), The Pillar by Charles Camosy regarding HHS's forthcoming abortion and gender transition services mandates (November 2021).

**QUOTED OR INTERVIEWED IN ARTICLES BY OTHERS**

Davide Patten, "Biden Plans Sweeping New Abortion Mandates," Newsmax (April 2023).

Tom Tracy, "HHS proposal replaces medical ethics with transgender ideology, critics say," Catholic News Service (August 4, 2022) (https://catholicnews.com/hhs-proposal-replaces-medical-ethics-with-transgender-ideology-critics-say/).

Tom Tracy, "HHS expected to propose health care rule on abortion, transgender services,"

Crux (April 5, 2022) (https://cruxnow.com/church-in-the-usa/2022/04/hhs-expected-to-propose-health-care-rule-on-abortion-transgender-services)

Our Sunday Visitor (April 5, 2022) https://www.osvnews.com/2022/04/05/hhs-expected-to-propose-health-care-rule-on-abortion-transgender-services/).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Jim Graves, "Gender agenda, conscience, and health care mandates," Legatus Magazine (April 1, 2022) (https://legatus.org/news/gender-agenda-conscience-and-health-care-mandates).

Jill Altman, "The First: Nussbaum fights for freedom of worship," Intermountain Jewish News (February 14, 2022) (https://www.ijn.com/first-nussbaum-fights-freedom-worship/) (describing firm's representation of various religious groups).

Rebecca Hagelin, "Apathy, ignorance for First Amendment attack our freedoms," Washington Times (December 16, 2018) (describing Nussbaum and Speir as "two brilliant constitutional attorneys).

Christopher White, "Law, politics and media make abuse scandals different in U.S. than Chile," Crux (March 2, 2018) (https://cruxnow.com/church-in-the-usa/2018/03/02/law-politics-media-make-abuse-scandals-different-u-s-chile/).

Amy Gillentine, "Religious lawsuits fill court dockets" Colorado Springs Business Journal (August 10, 2012).

Veronica Ambuul, "Cathedral parishioner named consultant to US bishops," Catholic Herald 1 (November 18, 2011).

Martin Kuz, "Faithful Practice: L. Martin Nussbaum and Charles Goldberg represent churches, mosques, and temples," Colorado Super Lawyers 2011 (March 2011) (https://www.superlawyers.com/colorado/article/faithful-practice/926c26a1-777b-4762-a25d-204d4c4121b5.html).

## PRESENTATIONS

"Windows, Bankruptcy, and Marci Hamilton's Child USA," Rocky Mountain Region of National Diocesan Attorneys Association, Oklahoma City (October 14, 2023).

"Religious Freedom—Then and Now," Association of Catholic Professionals, Oklahoma City (February 2, 2023).

"Religious Freedom and the Assault on Catholic Healthcare," Order of Malta, Oklahoma City (February 3, 2023).

"Better Religious Freedom Law from a Better Grasp of 'Religion'—a response to Prof. Alex Deagon" Beyond Defensive Crouch Symposium, Antonin Scalia Law School, George Mason University (March 24, 2022).

"Church Closures, Covid, and Religious Freedom," Colorado Bar Association CLE (August 13, 2021).

"Catholic Moral Issues Related to Coverage and Services Mandates," Penrose-St. Francis Hospital Ethics Committee (November 29, 2017).

"Dignitatis Humanae: Religious Freedom as Understood by the Church," Catholic Bar Association (Kansas City, November 2, 2017)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Sexuality, Self-Creating Freedom, and the Law: Challenges and Defenses for Catholic Healthcare Professionals," Catholic Medical Association Convention (Denver, September 9, 2017).

"Blaine Amendment: Colorado Constitution′s No Aid Clause and Its Impact in Colorado," Colorado Advisory Committee of the U.S. Commission on Civil Rights (University of Denver, July 19, 2017) (testimony during public hearing).

"Canon Law as the Substantive Law for the United States Supreme Court, *Speculum Iustitiae* Conference (La Crosse, July 26, 2016).

"Obamacare and the Rule of Law," Council for National Policy (Cleveland, July 15, 2016).

"The Christian Employers Alliance and Its Litigation Plan," Council for National Policy (San Diego, February 20, 2016).

"What's at Stake in *Little Sisters of the Poor,*" Council for National Policy (San Diego, February 19, 2016).

"Religious Liberty After the Revolution in the Law Regarding Sexual Relationships," Lesbian/Gay/Bisexual/Transgender (LGBT) Law Institute, Colorado Bar Association CLE (Denver, September 24, 2015).

"'Host of Troubles' in the Wake of the Revolution in the Law Regarding Sexual Relationships," J. Reuben Clark Society (Denver, May 15, 2015).

"Religious Freedom Restoration Acts and Discrimination," University of Colorado at Colorado Springs (April 20, 2015).

"Material Cooperation and a 'Host of Troubles': After the Revolution in the Law Regarding Sexual Relationships, National Catholic Bioethics Center (Dallas, February 4, 2015)

"Religious Freedom Under Assault," Dr. James Dobson's Family Talk Gathering II, Colorado Springs (September 25, 2014)

"Constantine, Canossa, Culpeper County, the Constitution, the Council, and 'Contraceptives'--The Foundations of and Current Assaults on Religious Freedom and Why It Matters," Diocese of Springfield Fortnight of Freedom, Springfield, IL (June 28, 2014)

"The Intersection of Religious Freedom and Workplace Anti-Discrimination Laws" (a debate with Mark Silverstein of the Colorado ACLU, Bruce Hausknecht of Focus on the

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Family, moderated by Scott Levin of Mountain States Region of the Anti-Defamation League) Colorado Bar Association CLE, Denver (January 10, 2014).

"The Catholic Benefits Association Solution to the HHS Contraceptive and Abortifacient Mandate," Executive, Plenary Session of the United States Conference of Catholic Bishops, Baltimore (November 13, 2013).

"Fortnight for Freedom," St. Mary's Cathedral, moderator interviewing Bishop Thomas Paprocki (June 20, 2013).

"Religious Liberty 101 for Journalists," Catholic Press Association Convention, Denver (June 20, 2013).

"Religious Liberty Under Siege," Panel with Bishop Thomas Paprocki and Jenny Kraska, Catholic Press Association Convention, Denver (June 20, 2013).

"Athanasius, Conscience, The Dignity of Humankind, and Religious Liberty,"
     Diocese of Colorado Springs Leadership Meeting, Sedalia (October 23, 2012).
     Christian Legal Society National Convention (October 20, 2012).
     Diocese of Pueblo Presbyterate (September 18, 2012).
     Daylesford Abbey, Paoli, Pennsylvania (September 9, 2012).
     Denver Catholic Medical Association, Denver (April 20, 2012).

"Obama Administration Advocacy to the United States Supreme Court in *Hosanna-Tabor*," RJ&L Religious Institutions Law Day (September 27, 2011).

"Religious Staffing, *Hosanna-Tabor*, and the United States Supreme Court," Regional Christian Leadership Institute of the Christian Leadership Association (September 13, 2011).

"How the Colorado Constitutional Convention Sought to Cabin Catholics in Colorado," Colorado Springs Serra Club (September 1, 2011).

"Religious Freedom as the 'Lustre of Our Country,'"
     Trinity School at River Ridge, Eagan, Minnesota (February 18, 2011), and
     Thomas MacLaren School (April 12, 2012).

"A Case Study Regarding a Secessionist Congregation Dispute: The Grace and St. Stephen's Episcopal Church Trial," Colorado Springs Christian Legal Society (January 6, 2011).

"Staffing Ministries With Fellow Believers: Victory And Mischief In The *World Vision* Decision A Skirmish In The Epic Confrontation," Evangelical Christian Credit Union/Christian Leadership Association Seminar (October 18, 2010).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"The Epic Confrontation: The Rights of Religious Societies v. Secularists and the Anti-Discrimination Principle," Regional Christian Leadership Institute, Colorado Springs Chapter of the Christian Leadership Alliance (September 21, 2010).

"Insurance Coverage and The Role of Diocesan Counsel," Rocky Mountain Diocesan Counsel, Jackson Hole (September 18, 2010).

"Pastoral Confidences," Colorado Springs Christian Legal Society (March 4, 2010).

"Governance of Religious Organizations," National Webinar (December 3, 2009).

"Error Has No Rights, But Believers Do and Their Religious Societies Do," St. Mary's Cathedral (November 14 and December 6, 2009).

"Secessionist Congregations:  Disputes Over Property and Ecclesiastical Leadership,"
        National Webinar (August 11, 2009)
        RJ&L Religious Institution Law Day (October 21, 2009)

"Fallen Pastors," RJ&L Religious Institutions Law Day (April 15, 2008).

"The Archdiocese of Portland and Catholic Dioceses Bankruptcy--Through a Looking Glass," Rocky Mountain Diocesan Attorneys Association, Denver (September 15, 2007).

"Secessionist Congregations:  Church Property, Ecclesiastical Offices, and Other Considerations," Episcopal Church Chancellors Conference, San Diego (May 4, 2007).

"Preserving the Freedom of Churches to Oversee Their Own Ministries," Colorado Springs Church Human Resource Association (January 25, 2007).

"Pastoral Care, Healthy Boundaries, and Confidences," Archdiocese of Denver Presbyterate (January 25, 2007).

"Religious Freedom of Soldiers and Military Chaplains," Evangelical Free Church National Convention, Denver (June 28, 2006).

"James Madison, the Culpepper County Baptists Preachers, and Church Human Resources Administration,"
        RJ&L Religious Institution Law Day (April 25, 2006).
        Colorado Springs Church Human Resource Association (December 8, 2005).

"History of Property Ownership of the Catholic Church in the United States," Rocky Mountain Diocesan Attorney's Association (October 9, 2005).

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Keeping the Faith:  Staffing on a Religious Basis While Serving the Needy," Focus on the Family Group of Faith-Based Social Services Agencies (October 4, 2005).

"Pastoral Confidences and Child Abuse Reporting," National Association of Church Business Administrators (July 11, 2005).

"The Doctrine of Church Autonomy and its Applications to Minister-Church Disputes and to Claims Against Churches Arising from Sexual Misconduct by Ministers," Episcopal Church National Chancellors Conference, Orlando, Florida (October 21, 2004).

"Churches, Political Activity, and Federal Tax Exempt Status," RJ&L Religious Institutions Law Day (October 7, 2004).

"The ABCs of the Regulation and Exemption of Church Preschool Programs," RJ&L Religious Schools Law Day (March 15, 2004).

"The Federal Marriage Amendment: Background and Policy," Convention of the National Association of Evangelicals (March 11, 2004).

"The NAE Human Resources Project," National Association of Evangelicals (March 11, 2004).

"Church Communications and the Constitution," RJ&L Religious Institutions Law Day (November 14, 2003)

"Contracts for Church Workers," RJ&L Religious Institutions Law Day (November 14, 2003)

"Church Autonomy and the Episcopal Trilogy--*Bryce, Williams, and Hiles*:  the Application of Church Autonomy Doctrine to Claims Arising from Church-Minister Employment Disputes, from Church Communications, and from Supervision of Priests and Other Ministers," Episcopal Church Province IV Bishop and Chancellors Conference, Greensboro, North Carolina (October 3, 2003)

"An Introduction To the History, Theory, Scope, and Importance Of the First Amendment Doctrine of Church Autonomy, " Episcopal Church Province IV Bishop and Chancellors Conference, Greensboro, North Carolina (October 3, 2003)

"The Constitution and Private Schools:  Parental Rights and Government Programs Benefitting Private Schools," RJ&L Religious Schools Law Day (February 11, 2003)

"Pastoral Counseling and the Civil Law," Woodmen Valley Chapel Pastoral Counseling Symposium (September 26, 2002)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Advanced Management Techniques for the Risk of Sexual Misconduct in the Church," RJ&L Religious Institutions Law Day (April 18, 2002)

"Managing the Risk of Sexual Misconduct in the Church," Rocky Mountain Classis of the Christian Reformed Church (March 5, 2002)

"Religious Institution Briefing on The Status of Church-State Relations in America," Capin Crouse & Company Breakfast Group (September 26, 2001)

"*Watson v. Jones*:  Its Social History, Rationale, and Application in Contemporary Church-Minister Disputes," Western Chancellors Conference of the Episcopal Church, Phoenix (April 27, 2001)

"Invocation of the Doctrine of Church Autonomy to Challenge a Court's Subject Matter Jurisdiction in Church-Minister Employment Disputes:  Tactical Advantages and Substantive Considerations,"
     Rocky Mountain Regional Christian Management Institute (September 12, 2001)
     RJL Church-State Law Institute (April 19, 2001)

"An Introduction to Charitable Choice," RJL Church-State Law Institute (April 19, 2001 and October 9, 2001)

"Religion in Public Schools Panel Discussion," Citizens' Project (January 26, 2001)

"Non-Profits in the Cross Hairs:  The Need for Legislative Reform of Colorado's Fiduciary Duty Law," 10th Annual Institute on Advising Non-Profits, Colorado Bar Association, Denver (October 20, 2000)

"A Procedurally-Advantaged Defense of Religious Organizations in Church-Minister Employment Disputes," Regional Meeting of National Diocesan Attorneys Association, Salt Lake City (September 22, 2000)

"A Whirlwind Introduction to Church Law for Pastors and Church Business Administrators," Iliff Seminary, Denver (August 3, 2000)

"Judicial Regulation of Religious Speech, Sacramental Practices, And Other Ecclesiastical Activities Through Colorado's Unique Fiduciary Duty Law," Diocese of Colorado Springs (April 13, 2000)

"Misconduct Investigations: Land Mines, and Techniques,"
     Colorado Springs Society of Human Resource Management (October 7, 1999)
     RJ&L Religious School Law Day (February 11, 2003)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"The Use of Statewide Coalitions to Beneficially Influence Litigation and Legislation Affecting Churches," Rocky Mountain Conference of the National Diocesan Attorneys Association (October 2, 1999)

"Church Employment Law 101," National Association of Church Facilities Managers, Divide, CO (September 14, 1999)

"The Unique Colorado Problem for Churches--The Demise of the Right of Church Autonomy Due to the 'Fiduciarization" of the Common Law," Pikes Peak Chapter of the National Association of Church Business Administrators (January 21, 1999)

"Sexual Misconduct Policy for Churches," RJL Employer Institute (October 20, 1998)

"Separations and the Employee Handbook," RJL Employer Institute (October 13, 1998 and October 20, 1998)

"Workers' Compensation and the Employee Handbook," RJL Employer Institute (October 13, 1998)

"Alternative Dispute Resolution of Employment Disputes: Implications for Employee Handbooks," RJL Employer Institute (October 13, 1998 and October 20, 1998)

"Employment at Will: A Foundational Document in Decline," RJL Employer Institute (October 13, 1998, October 20, 1998, October 18, 2000)

"The Problem Parishioner," Pikes Peak Chapter of the National Association of Church Business Administrators (March 24, 1998)

"Releases and Exculpatory Agreements for Churches," Pikes Peak Chapter of National Association of Church Business Administrators  (March 24, 1998)

"Gender Discrimination Problems," Lorman Education Series Employment and Labor Law Seminar (March 10, 1998)

"An Unromantic View of Romance in the Workplace:
Protecting Workers from Unwanted Advances while Protecting Privacy Interests,"
        Colorado Association of Realtors Annual Convention (October 14, 1998)
        Lorman Education Series Employment and Labor Law Seminar (March 10, 1998)
        Rothgerber, Appel, Powers & Johnson Hot Topics in Employment Law (February 10, 1998)
        Rothgerber, Appel, Powers & Johnson Annual Employment Law Update (Denver, December 11, 1997)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"No Fair Pushing: A Few Principles Regarding End of Life Medical Treatment," Colorado Springs Christian Physicians, (October 18, 1997)

"Watson v. Jones, Its Progeny, and the Right of Church Autonomy," Denver Christian Legal Society (Glen Eyrie, April 5, 1997)

"Employment in Technology Companies:  Agreements and Hiring Issues," Sparks Dix, P.C. Technology Group (February 11, 1997)

"Investigations of Embezzlement," American Electronics Association (Denver, January 16, 1997)

"Religious Liberty Update '96: Early Decision under the Religious Freedom Restoration Act, Religious Workers under Title VII, Religious Access in Public Schools," 6th Annual Institute On Advising Nonprofit Organizations In Colorado (Denver, October 18, 1996).

"A Critique of the Property Tax Initiative of 1996,"
        Colorado Association of Non-Profit Organizations (May 14, 1996)
        National Association of Church Business Administrators--Pikes Peak Chapter
        (September 13, 1996)
        West Side Churches (August 22, 1996)
        GOP Club (debate with Mr. Murphy, October 21, 1996)

"The First Amendment Right of Church Autonomy as Bar to Negligent Management Claims Arising from Instances of Ministerial Misconduct," National Diocesan Attorneys Association, Washington, D.C. (April 23, 1996)

"Progressive Discipline, Handbook Disclaimers, and the Doctrine of Employment At Will," Colorado Springs Employer Academy (April 9, 1996)

"Peacemaking Outside the Courthouse," Colorado Springs Employer Academy (April 9, 1996)

"Searching Employees," Colorado Springs Employer Academy (March 12, 1996, February 13, 1997)

"The Family and Medical Leave Act of 1993," Colorado Springs Employer Academy (November 3, 1995)

"The Americans with Disabilities Act--Employment Title,"
        Rothgerber, Appel, Powers & Johnson Annual Employment Law Update
        (February 10, 1998)
        Colorado Springs Employer Academy (November 3, 1995)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"A Biblical-Civil Model for Employment Contracts and for Resolving Employment Disputes in Christian Organizations," Colorado Springs Christian Management Association Conference (October 23, 1995)

"Ministerial Misconduct:  Claims, Risk Management, and Defenses," Continuing Legal Education in Colorado, Inc. Fifth Annual Institute on Advising Nonprofit Organizations in Colorado (Denver, October 20, 1995)

"The Employment Agreement," Colorado Springs Employer Academy (October 5, 1995 and October 10, 1996)

"Drug Testing During the Hiring Process," Colorado Springs Employer Academy (October 5, 1995, and October 10, 1996)

"Freeing the Reluctant Reference," Colorado Springs Employer Academy (October 5, 1995, and October 10, 1996)

The Employment Application," Colorado Springs Employer Academy (October 5, 1995, and October 10, 1996)

"Applications, Interviews, and 'Forbidden Questions,'" Colorado Springs Employer Academy (October 5, 1995, and October 10, 1996)

"Religion in the Workplace:  Working Together Despite Our Deepest Differences,"
        Colorado Springs Employer Academy (March 12, 1996)
        El Paso County Bar Association Employment Law Committee (Colorado Springs, March 29, 1995)

"An Unromantic View of Romance in the Workplace,"
        American Payroll Association (August 10, 1995)
        Downtown Rotary (January 27, 1995)

"High Risk Ministries," (Panelist with Bishop Richard Hanifen and Young Life Executive, Cliff Anderson) Colorado Springs Association of Evangelicals (January 17, 1995)

"A Report on the Second Chance Ministries Raid," Colorado Springs Association of Evangelicals (January 17, 1995)

"Second Chance Ministries--Due Process, Parental Rights, and Religious Freedom," Denver Christian Legal Society (Denver, November 10, 1994)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"Religious Accommodation of Prisoners Under the Religious Freedom Restoration Act of 1993," Colorado Department of Corrections (Arrowhead Correctional Center, Canon City, September 1, 1994)

"Adoption:  Myths, Reality, and Law," Catholic Community Services Symposium for Guardians ad Litem (August 31, 1994)

"Lay Investiture, Negligent Ordination, and Moses' Assault on the Right of Church Autonomy," Colorado Springs Christian Legal Society (June 9, 1994)

"A Non-Profit's Guide to Managing the Risk of Sexual Harassment,"
        Grant Thornton's Non-Profit Organization Seminar (May 24, 1994)
        Grant Thornton Exempts Group (Washington, D.C., June 7, 1994)

"Moses' Assault on the Right of Religious Autonomy," University of Denver School of Law (April 13, 1994)

"A Primer on Civil Rights and Sexual Harassment," Downtown Rotary Club (April 8, 1994)

"Ish and Isha:  Men and Women Working Together," Diocesan Employee Day (February 18, 1994)

"Primum Non Nocere:  Protecting the Church from Sexual Misconduct," Colorado Springs Association of Evangelicals (January 11, 1994)

"How to Protect Your Volunteers from Liability," Colorado Association of Non-Profit Organizations (Arvada, Colorado, November 10, 1993)

"Employer Briefing on the Family and Medical Leave Act of 1993," (November 10, 1993)

"A Comparison of Pastoral Counseling Misconduct and Sexual Harassment by Pastors or Is the Church Always Liable for Sexual Harassment by Pastors?", Rocky Mountain Diocesan Attorneys Association (Denver, October 23, 1993)

"The Religion Clauses--Then and Now,"
        Pikes Peak Community College Peterson Air Force Base, Colorado (September 11, 1993)
        Pulpit Rock Church (October 25, 1993)

"After Acquired Evidence of Resume Fraud: The Employer's Universal Defense?", El Paso County Bar Association Employment Law Committee (March 23, 1993)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

"An Employer's Primer on Civil Rights Laws," Colorado Subway Sandwiches
Franchisees (Northglenn, Colorado, March 18, 1993)

"The Establishment Clause: Helping the Cause of Religion or Building a Wall Separating
Church and State?", Coloradans for Excellence in Education (A debate with the ACLU)
(Colorado College, January 25, 1993)

"Limits on Political Activity for § 501(c)(3) Organizations under the Internal Revenue
Code," Colorado Springs Association of Evangelicals Annual Legal Seminar (January 12,
1993)

"The Demise of the Free Exercise of Religion,"
        Denver Christian Legal Society (Denver, July 22, 1993)
        Colorado Springs Association of Evangelicals Annual Legal Seminar (January 12,
        1993)

"A Wall of Separation Between Church and State: Constitutional Principle or Mere
Rhetoric," Colorado Family Coalition (December 7, 1992)

"Pastoral Counseling Misconduct--Claims, Defenses, and Fiduciary Obligations,"
National Diocesan Attorney's Association (Washington, D.C., May 19, 1992)

"The Church, Its Buildings, and the Americans with Disabilities Act," Diocese of
Colorado Springs Business Managers (March 3, 1992)

"Matthew, Paul, and the Employment Relationship: A Biblical Model for Employment
Contracts and for Resolving Employment Disputes,"
        Catholic School Teachers of the Diocese of Colorado Springs (August 26, 1992)
        Colorado Springs Association of Evangelicals Annual Legal Seminar (January 7,
        1992)

"Employment Law and the Americans with Disabilities Act,"
        Pikes Peak Mechanical Contractors Association (March 31, 1992)
        Colorado Association of Community Centered Boards (Denver, March 20, 1992)

        Grant Thornton Non-Profit Organization Seminar (Colorado Springs and Denver,
        November 19 and 20, 1991)
        Sparks Dix Enoch, P.C. Client Seminar (November 13, 1991)

"The Rise and Fall of the Free Exercise of Religion," Big 8 Conference of the National
Diocesan Attorneys Association (Omaha, October 25, 1991)

"The Gratuitous Servant: Liability Issues Related to the Use of Volunteers,"
        Directors of Volunteers in Agencies (October 17, 1997)

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Metro-North Region of the Diocese of Colorado Springs (September 4, 1996)
Grant Thornton Non-Profit Organization Seminar (June 29, 1993)
Aspen Foundation and the Center for Information and Voluntary Action (Glenwood Springs, November 5, 1992)
Association of Volunteer Administrators Region XII Conference (Denver, May 8, 1992)
City of Colorado Springs Parks and Recreation Department (February 20, 1992)
Colorado Springs Association of Evangelicals Legal Seminar (January 7, 1992)
Association of Volunteer Administrators (Castle Rock, October 3, 1991)
Society of Animal Welfare Administrators National Convention  (Denver, September 13, 1991)
Grant Thornton Non-Profit Organization Seminar (Colorado Springs, January 23, 1991, and Denver, February 28, 1991)

"Taxing the Religious Organization: Unrelated Business Taxable Income, Property Taxes, Sales Taxes, and Other Evils," Diocese of Colorado Springs Business Managers (September 11, 1990)

"Holmes, the Common Law, Sexual Misconduct, and the Religious Organization,"
Institute for Ministry and Health--Penrose/St. Francis Hospital (May 10, 1990)
Colorado Springs Association of Evangelicals Legal Seminar (January 7, 1992)

"Vicarious Liability for Torts of Volunteers," Rocky Mountain Diocesan Attorneys Association (October 13, 1989)

"Rendering Unto Caesar: Colorado Property Tax Exemptions for Religious Groups," at "Wise as Serpents, Innocent as Doves--A Practical Seminar on the Law Affecting Religious Groups" Colorado Council of Churches and Colorado Springs Association of Evangelicals (Colorado Springs and Denver, September 14 and 17, 1987)

"An Overview of Parochiaid Law," Seminar on Private Education in the 1990's in Colorado (October 18, 1985)

## PROFESSIONAL ASSOCIATIONS

United States Conference of Catholic Bishops
Ad Hoc Committee on Religious Liberty, consultant 2011 to present
Office of General Counsel Legislative Task Force on Civil Legislation regarding Statutes of Limitation, 2008
Task Force on Civic Engagement, 2004 to 2005

National Diocesan Attorneys Association
Member, 1988 to present
Litigation Committee, 2001 to 2012
Executive Committee, 2016 to present

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Director, Rocky Mountain Region of Diocesan Attorneys, 2015 to present

Christian Legal Society
    Center for Law and Religious Freedom
        Case selection committee member, 1999 to 2011
    Director-Colorado Springs Christian Legal Society, 1992-1994

*Religious Organizations and Law Treatise* Advisory Board
    Member, 2011 to 2013

Colorado Supreme Court Nominating Commission
    Commissioner, 2006 to 2011

Harvard Journal of Law and Public Policy
    Cambridge, Massachusetts
    Federalist Society Editor 1984-1985
    Executive Editor 1983-1984

Fourth Judicial District Nominating Commission
    Commission member, 1996-2001

Continuing Legal Education in Colorado, Inc.
    Advising Nonprofit Organizations in Colorado
    Planning Committee and Faculty, 1995 to 1998

Western Center for Law and Religious Freedom
    Director, 1996 to 1999

Rocky Mountain Family Legal Foundation
    Vice President, 1995 to 1996
    Director, 1991 to 1996
    El Paso County Citizenship Campaign, Fall 1992

Colorado Springs Christian Management Association
    Member 1991 to 1996

El Paso County Bar Association
    Member 1985 to 2010
    Trustee 1991-1992
    Program Chairman 1989-1991, 1994-1995
    Employment Law Committee 1988 to 1995
    Mock Trial Coach 1992 and 1993

Federalist Society of Law and Public Policy

EXHIBIT 1-I
RESUME OF L. MARTIN NUSSBAUM

Washington, D.C.
Ex-officio Director 1985-1986
Member 1983 to 1990, 2008 to 2012

Colorado Bar Association
Member 1985 to present

**MISCELLANY**

Knights of Columbus, 2013 to present
Fourth degree, May 18, 2014
Insured member, 2017

Center for Christian-Jewish Dialogue
Board of Directors, 1996 to 2011
Moderator of Annual Dialogue, 2005-2006

John Suthers Campaign for Attorney General
Agent, 1997-1998

University of Colorado at Colorado Springs
College of Letters, Arts & Science
Dean's Advisory Committee, 1987 to 1991

Colorado Springs Association of Evangelicals
Member, 1988 to 1995
Law Day Chair, 1994 and 1995

Coloradans for School Choice
El Paso County Media Chairperson, Fall 1992

Catholic Charities of Colorado Springs
Adoption Committee, 1987-1992
Board of Directors, 1988-1989
Family Committee, 1988-1989
Marian House Campaign, Chair of Marian House Pastors Committee, 2006-2008