EXHIBIT 1-J
RESUME OF IAN SPEIR

# Ian Speir

## PROFESSIONAL EXPERIENCE

**Covenant Law PLLC**

*Founder and Principal*, 2023-present

- Law practice focused on religious organizations, First Amendment freedoms, public interest litigation, and general counsel to religious, nonprofit, and business clients.
- Representation of religious organizations and individuals in federal and state court and administrative proceedings to protect rights of free exercise, association, and free speech.

**Nussbaum Speir Gleason PLLC**

*Partner and Co-founder*, 2018-2023

- Law practice focused on religious organizations, First Amendment freedoms, public interest litigation, and general counsel to religious, nonprofit, and business clients.

**University of Colorado at Colorado Springs**

*Lecturer in Constitutional Law*, 2017-2022

- Designed and taught First Amendment and constitutional law courses to undergrads.

*Providence*

*Contributor and Editorial Advisor*, 2017-2019

- Foreign policy journal focused on international religious freedom, Middle East policy, and international law.

**Lewis Roca Rothgerber Christie LLP**

*Associate Attorney*, 2012-2018

- Religious freedom, commercial and civil litigation, and general counsel to religious, nonprofit, and business clients.

**Hon. Jerome A. Holmes**, U.S. Court of Appeals for the Tenth Circuit

*Judicial Clerk*, 2011-2012

**Mayer Brown LLP**

*International Tax Economist*, 2007-2011

- Analysis and valuation of international tax transactions in support of firm's tax practice.

## EDUCATION

**Georgetown University Law Center**, J.D., *magna cum laude*, 2011
- Order of the Coif
- Law Review (*Georgetown Law Journal*)

EXHIBIT 1-J
RESUME OF IAN SPEIR

**Texas A&M University**, M.A. International Affairs, *cum laude*, 2007
- Robert M. Gates/Heep Endowed Fellow
- *Atlantic Affairs Journal*; *The Ember*

**Oral Roberts University**, B.S Mathematics, *summa cum laude*, 2005
- National Merit Finalist
- Departmental honors

**REPRESENTATIVE LITIGATION**

**U.S. SUPREME COURT**

*Seattle's Union Gospel Mission v. Woods* (2021)
- Cert-stage amicus brief in support of religious ministry's First Amendment right to choose employees based on faith standards.

*Little Sisters of the Poor v. Pennsylvania* (2020)
- Merits amicus brief in support of religious employers' right under RFRA to avoid objectionable insurance coverage mandate.

*Chiafalo v. Washington* (2020)
- Merits amicus brief regarding constitutional and federalism principles in presidential selection procedures.

*Zubik v. Burwell*, 136 S. Ct. 1557 (2016)
- Amicus briefs in support of religious employers' right under RFRA to avoid objectionable insurance coverage mandate.

**U.S. COURTS OF APPEALS**

*Religious Sister of Mercy & Catholic Benefits Ass'n v. Becerra*, 55 F.4th 583 (8th Cir. 2022)
- Briefed and argued successful appeal on behalf of religious employers' right under RFRA to avoid participation in and coverage of objectionable health services.

*Billard v. Charlotte Catholic High School* (4th Cir. 2022)
- Amicus brief in support of religious school's First Amendment right to choose its leaders.

*Starkey v. Archdiocese of Indianapolis*, 41 F.4th 931 (7th Cir. 2022)
- Amicus brief in support of religious school's First Amendment right to choose its leaders.

*David v. Sirius Computer Solutions*, 779 F.3d 1209 (10th Cir. 2015) (Gorsuch, J.)
- Briefed and argued appeal in commercial and employment dispute.

EXHIBIT 1-J
RESUME OF IAN SPEIR

**STATE SUPREME COURT AND COURT OF APPEALS**

*Scardina v. Masterpiece Cakeshop* (*cert granted*, Colo. 2023)
- Cert-stage amicus brief in support of First Amendment right of artists to avoid conveying messages with which they disagree.

*Education reEnvisioned BOCES v. Colo. Springs School District 11* (Colo. 2023)
- Cert- and merits-stage amicus briefs in support of expanding school choice in Colorado.

*ILM Properties LLC v. Tibbetts* (Colo. App. 2023)
- Briefed and argued successful appeal defending right of online free speech under First Amendment and Colorado anti-SLAPP law.

*Morris v. Centura Health Corporation* (Colo. App. 2023)
- Briefed and argued appeal regarding religious hospital's First Amendment right to avoid compelled participation in assisted-suicide procedures.

*Leonard v. Interquest North Business Improvement District*, 519 P.3d 387 (Colo. App. 2022)
- Briefed and argued successful appeal vindicating public right of access to government records.

*Korean New Life Methodist Ch. v. Korean Methodist Ch.*, 474 P.3d 143 (Colo. App. 2020)
- Argued appeal in church property dispute between local church and denomination.

*Allonhill, LLC v. Aurora Commercial Corp.* (Colo. App. 2016), *cert. denied* (Colo. 2017)
- Briefed contract and fraud issues regarding foreclosure review practices.

*Nickerson v. Network Solutions, LLC*, 339 P.3d 526 (Colo. 2014)
- Briefed original proceeding in Colorado Supreme Court on forum selection clauses.

*Aspen Mortg. Corp. v. Fountain Village Townhomes Lender, LLC* (Colo. App. 2014)
- Briefed and argued appeal in real estate dispute.

**TRIAL COURTS**

*Christian Employers Alliance v. Azar*, 2019 WL 2130142 (D.N.D. 2019)
- Preliminary and permanent injunctions under RFRA for association of hundreds of religious employers against objectionable insurance coverage mandate.

*Catholic Benefits Association v. Sebelius*, 24 F. Supp. 3d 1094 (W.D. Okla. 2014)
- Preliminary and permanent injunctions under RFRA for association of thousands of religious employers against objectionable insurance coverage mandate.

*Dobson v. Sebelius*, 38 F. Supp. 3d 1245 (D. Colo. 2014)
- Preliminary and permanent injunctions under RFRA for religious ministry and its leader against objectionable insurance coverage mandate.

EXHIBIT 1-J
RESUME OF IAN SPEIR

## PUBLICATIONS / PRESENTATIONS

**Academic articles and essays**:

"Religious Freedom and the Kingdom of God: A Review of Andrew T. Walker's *Liberty for All*," *Providence*, Apr. 21, 2021, https://providencemag.com/2021/04/religious-freedom-kingdom-god-book-review-andrew-t-walker-liberty-for-all/.

"'A Beacon on our Coast': Religious Freedom as the First Freedom at Home and Abroad," *Providence*, Spring 2018, http://ssrn.com/abstract_id=3064709.

"The Calvinist Roots of American Social Order: Calvin, Witherspoon, and Madison," *Public Discourse*, Apr. 13, 2017, http://www.thepublicdiscourse.com/2017/04/19116/.

*Corporations, the Original Understanding, and the Problem of Power*, 10 GEO. J.L. & PUB. POL'Y 115 (2012).

*Preservation Rules in the Federal Courts of Appeals*, 16 J. APP. PRAC. & PROCESS 281 (2015).

*Pulling Back the Covers:* Saleh v. Titan Corp. *and (Near-) Blanket Immunity for Military Contractors in War Zones*, 1 U. MIAMI NAT'L SEC. & ARMED CONFLICT L. REV. 100 (2011).

*African Capacity Building for Meat Exports: Lessons from the Namibian and Botswanan Beef Industries*, 19-WTR CURRENTS: INT'L TRADE L.J. 55 (2010).

*Microfinance and the Knowledge Paradigm: Overcoming Barriers to Commercial Downscaling*, 18 LBJ J. PUB. AFFAIRS 7 (2007).

**Popular essays**:

"A special kind of hatred," *Juicy Ecumenism*, Nov. 6, 2023, https://juicyecumenism.com/2023/11/06/a-special-kind-of-hatred/.

"The State Department's Ministerial on Religious Freedom: Reflections and the Path Ahead," *Providence*, Aug. 2018, https://providencemag.com/2018/08/the-state-departments-ministerial-on-religious-freedom-reflections-and-the-path-ahead/.

"The 2018 International Religious Freedom Reports: 5 Things to Know," *Providence*, June 5, 2018, https://providencemag.com/2018/06/2018-international-religious-freedom-reports-5-things-know/.

"We Must Prioritize the Persecuted," *Providence*, Feb. 1, 2017, https://providencemag.com/2017/02/we-must-prioritize-persecuted/.

"How the Trump Administration Can Support Christians in the Middle East," *Providence*, Jan. 6, 2017, https://providencemag.com/2017/01/trump-administration-can-support-middle-east-christians/.

"Remembering Those Who Suffer," *Ethika Politika*, May 31, 2016, https://ethikapolitika.org/2016/05/31/remembering-those-who-suffer/.

**Other papers and projects**:

Religion Freedom Institute, *Crisis Toolkit for Religious Institutions: Institutional Governance* (Sep. 2022), https://religiousfreedominstitute.org/rfi-crisis-toolkit-for-religious-institutions-institutional-governance/.

"Genocide Against Christians in the Middle East," Mar. 9, 2016, http://www.stopthechristiangenocide.org/scg/en/resources/Genocide-report.pdf.

**Select speeches and presentations**:

"Emerging Trends in Tech & AI Law," Navigate 2023 Conference, Colorado Springs, Oct. 4, 2023.

"The Supreme Court's 2020 Term: What it Means for Us," Accord Network, Sep. 8, 2020.

"Promoting Religious Freedom Abroad," J. Reuben Clark Law Society Annual Conference, University of Utah, Salt Lake City, Feb. 16, 2018.

"Confident Pluralism: Surviving and Thriving Through Deep Difference," Sep. 29, 2017, Colorado Springs. Host and moderator of conversation with Prof. John Inazu (Washington University in St. Louis) on First Amendment and religious freedom.

"'A Beacon on our Coast': Religious Freedom as the First Freedom at Home and Abroad," International Religious Liberty and Human Rights in Trump Administration (Institute on Religion & Democracy), Apr. 19, 2017, Nat'l Press Club, Washington, D.C.

"ISIS, the Secretary, and Genocide," *Your Weekly Constitutional* (Podcast from PRX and James Madison's Montpelier), Oct. 2, 2016, http://bit.ly/2DmZitd.

## PROFESSIONAL ASSOCIATIONS

**State bar:** Colorado (2013-present)

**Court admissions:** U.S. Supreme Court, U.S. Court of Appeals for the Fourth, Seventh, Eighth, and Tenth Circuits, U.S. District Courts for Districts of Colorado, North Dakota, and Court of Federal Claims

**Professional associations**: Colorado Bar Association, Federalist Society, El Paso County Bar Association