EXHIBIT 1-K
RESUME OF ANDREW M. NUSSBAUM

# ANDREW MARTIN NUSSBAUM

2 N. Cascade Ave., Suite 1430 | Colo. Spgs., CO | 80903 | 719-428-2386 | andrew@nussbaumgleason.com

## EDUCATION

**Tulane University Law School | New Orleans, Louisiana**
*Juris Doctor, summa cum laude, May 2016*

*Honors:* **First in class of 196**; Order of the Coif; awarded Faculty Medal for highest academic achievement in full course of study, Dean's Medal for highest academic achievement in third-year courses, and Federal Bar Association Award for greatest distinction in study of federal law; recipient of Joseph Modeste Sweeney Scholarship

*Activities:* *Tulane University Law Review*, Notes and Comments Editor
Fellow, Legal Research and Writing (assisted instruction of 1L writing seminar)
Instructor, Tax Jazz (taught tax course to local high school students)

**Saint Olaf College | Northfield, Minnesota**
*Bachelor of Arts in History, May 2010*

*Honors:* Member of Blue Key Honor Society and Leadership in Community and Church Scholar
*Activities:* Captain of Cross Country and Track and Field Teams
President and Founder of the Wendell Berry House
Graduate of the Great Conversation (a special course of study in the western canon)

## CLERKSHIPS

**Law Clerk | The Honorable Daniel D. Domenico, U.S. District Court for the District of Colorado**
*Denver, Colorado, January 2020–Present*

**Law Clerk | The Honorable William H. Pryor Jr., U.S. Court of Appeals for the Eleventh Circuit**
*Birmingham, Alabama, August 2016–August 2017*

## EXPERIENCE

**Partner | Nussbaum Gleason PLLC**
*Colorado Springs, Colorado, September 2021—Present*

- Represented religious institutions, public figures, non-profits, and businesses in all stages of litigation, including summary proceedings, administrative hearings, trial, and appeal
- Example litigations and appeals
    - *Catholic Benefits Association et al. v. Becerra* (injunction against Obama-era regulation under Section 1557 of the Affordable Care Act affirmed by United States Court of Appeals for the Eighth Circuit)
    - *Carson v. Makin* (drafted amicus brief on behalf of Professor Michael McConnell regarding original public meaning of Free Exercise Clause)
    - *303 Creative v. Elenis* (drafted amicus brief in support of certiorari regarding official hostility toward free speech)
    - *Andrew Wommack Ministries v. City of Woodland Park, Colorado* (successfully defended tax-exempt status of large religious college)
    - *Christian Growth Center v. Pueblo* (successfully defended RV Hospitality Ministry of evangelical church in RLUIPA dispute)
    - *Pikes Peak Energy LLC v. Joseph Saliba* (won preliminary injunction in trade secrets case)

EXHIBIT 1-K
RESUME OF ANDREW M. NUSSBAUM

- o *Resound Church v. Harvest Worship Center* (received favorable report and recommendation in church split case on First Amendment grounds)

## EXPERIENCE CONTINUED

Litigation Associate | Hogan Lovells US LLP
*Denver, Colorado, September 2017—January 2020*
- Handled complex litigations from pleadings to trial; drafted, argued, and won numerous dispositive motions; defended and took expert and non-expert depositions
- Example litigation: *Shada v. City of Manitou Springs* (drafted and won motion for summary judgment on constitutional issue involving the Manitou and Pikes Peak Cog Railway)

Extern | The Honorable Sarah Vance, U.S. District Court for the Eastern District of Louisiana
*New Orleans, Louisiana, 2015–2016*

Research Assistant | Professor Stephen Griffin, Tulane University Law School
*New Orleans, Louisiana, 2015–2016*
- Researched questions of federalism, war powers, and constitutional interpretation

Research Assistant | Professor Marjorie Kornhauser, Tulane University Law School
*New Orleans, Louisiana, 2015–2016*
- Researched questions of tax and tax history

Summer Associate | Hogan Lovells US LLP
*Denver, Colorado, Summer 2015*

Summer Associate | Stinson Leonard Street LLP
*Minneapolis, Minnesota, Summer 2014*

Summer Intern | Office of the Solicitor General of Colorado
*Denver, Colorado, Summer 2014*
- Example litigation: *Gessler v. Grossman* (drafted brief defending Secretary of State Scott Gessler in ethics case)

Faculty Member | Trinity School at River Ridge
*Saint Paul, Minnesota, 2010–2013*
- Taught courses on ancient Greek philosophy and early Christian theology; Old Testament; and Medieval history
- Coached cross country and track and field teams

## PUBLICATIONS

*And the Answer Is?: The Department of Education's Most Recent Equivocation On the Legality of Single-Sex Education*, 20 Holy Cross Journal of Law & Public Policy 39 (2016)

## MEMBERSHIPS

Bar of the State of Colorado, 2016–present
National Diocesan Attorneys Association, 2021-present

## INTERESTS

The early films of Terrence Malick; restoring vintage bicycles; small-stream trout fishing in the Greenhorn Valley of Colorado; Minnesota Intercollegiate Athletic Association men's cross country; high-route backpacking; the New Orleans Saints