EXHIBIT 1-M
RESUME OF MATTHEW MELLEMA

# Matthew Mellema

1311 W. Cucharras Street, Colorado Springs, CO 80904 • (719) 244-0989 • mellemmd@gmail.com

## EDUCATION

**Yale Law School** — New Haven, Connecticut
*Juris Doctor* — May 2014
- Activities: Submissions Editor, *Yale Law & Policy Review*; Editor, *Yale Journal of International Law*

**Pepperdine University School of Law** — Malibu, California
*First Year, 2011-2012 (Transferred to Yale Law School)*
- Class Rank/GPA: 2 out of 192 / 4.14
- Honors/Awards: President's Scholarship (full-tuition merit-based scholarship)
- Activities: Selected for *Pepperdine Law Review* based on first-year grades

**John Brown University** — Siloam Springs, Arkansas
*Bachelor of Arts, magna cum laude, English (Writing Concentration)* — May 2009
- Honors: Graduated with Presidential (highest) Honors; Honors Scholars Program
- Study Abroad: Student at Wycliffe Hall, Oxford University

## WORK EXPERIENCE

**Jeremy Maline & Associates (Employees of State Farm)** — Colorado Springs, Colorado
*In-House Attorney*
Handle several dozen cases in active litigation. Advise claims representatives on status of case. Lead settlement negotiations. Guide clients through litigation process. First-chair at trials with over a million dollars in dispute. Run all aspects of discovery, including records review, depositions, and motions practice. Review language of releases and other contracts proposed by opposing counsel.

**Lewis Roca Rothgerber Christie** — Colorado Springs, Colorado
*Associate* — September 2015 – January 2019
Advise employers on issues involving HR policies, risk management, constitutional rights claims, contract disputes, and other employee relations matters. Present on pressing employment law issues to HR professionals. Lead defense litigation before state and federal agencies. Participate in every aspect of litigation, including motions practice, discovery, factual investigation, and drafting lead appellate briefs.

**Justice Allison Eid, Colorado Supreme Court** — Denver, Colorado
*Law Clerk* — August 2014 – July 2015
Draft court opinions. Compose memoranda evaluating certiorari petitions. Conduct detailed legal research on criminal justice issues of first impression. Regularly consult with Justice Eid on those same issues.

**Colorado Office of the Attorney General** — Denver, Colorado
*Legal Intern* — May 2013 – August 2013
Draft formal Attorney General opinion. Assist in the formalizing of new regulations for Colorado industries with strong federalism implications. Prepare motions and other legal documents before courts.

**Slate Magazine** — New Haven, Connecticut
*Research Assistant / Legal Writer* — September 2013 – July 2014
Compile research and statistics on criminal justice topics for *Slate* articles. Draft and publish four articles. Interview experts for *Slate* law and policy investigations.