EXHIBIT 1-N
WILLIAMS AND CONNOLLY (KEVIN BAINE) BILLING STATEMENT

LAW OFFICES

## WILLIAMS & CONNOLLY LLP®

KEVIN T. BAINE
(202) 434-5010
kbaine@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

(202) 434-5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 4, 2023

Martin Nussbaum
Catholic Benefits Association
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 90903

Re:    *CBA vs. HHS*

Dear Martin:

Enclosed is our statement for professional services rendered to the Catholic Benefits Association through the end of November 2023 in connection with the *CBA vs. HHS* matter.

If you have any questions, please do not hesitate to call me.

Sincerely,

Kevin T. Baine

Enclosure

EXHIBIT 1-N
## WILLIAMS AND CONNOLLY (KEVIN BAINE) BILLING STATEMENT

LAW OFFICES

## WILLIAMS & CONNOLLY LLP°

680 MAINE AVENUE SW

WASHINGTON, DC 20024

(202) 434-5000

WWW.WC.COM

December 4, 2023

## PRIVILEGED AND CONFIDENTIAL

Invoice Number: 559080

Martin Nussbaum
Catholic Benefits Association
2 N. Cascade Avenue, Suite 1430
Colorado Springs, CO 80903

**Matter Description:** *CBA vs. HHS*

BILLING STATEMENT

| | |
|---|---:|
| Professional Services Rendered thru November 30, 2023 | $21,700.00 |
| Less Courtesy Discount per Kevin T. Baine | ($4,200.00) |
| TOTAL PROFESSIONAL FEES | $17,500.00 |
| **CURRENT FEES AND EXPENSES DUE**………………………………………………. | **$17,500.00** |
| **TOTAL BALANCE DUE AS OF THIS DATE**………………………………………… | **$17,500.00** |

EXHIBIT 1-N
## WILLIAMS AND CONNOLLY (KEVIN BAINE) BILLING STATEMENT          Page 2

CLIENT NO. 49506
INVOICE NO. 559080
December 4, 2023

Matter No. 49506.0002 – CBA vs. HHS

### TIMEKEEPER SUMMARY

| TIMEKEEPER | TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Kevin T. Baine | Senior Counsel | 21.70 | 1,000.00 | 21,700.00 |
| | | 21.70 | | $21,700.00 |

| | | |
|---|---|---|
| **Less Discount per Kevin T. Baine:** | | **($4,200.00)** |
| **Professional Fees Due:** | | **$17,500.00** |

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/31/23 | Baine | Begin to draft declaration in support of fee application in CBA v. HHS. | 1.40 | 1,400.00 |
| 11/13/23 | Baine | Study district court and court of appeals opinions, chronology of case; continue to draft Declaration in support of petition. | 3.00 | 3,000.00 |
| 11/14/23 | Baine | Review Fitzpatrick Matrix; emails to/from library, others in firm re research on hourly rates. | 0.80 | 800.00 |
| 11/16/23 | Baine | Review research on attorneys' fees; emails to library re additional research. | 0.70 | 700.00 |
| 11/17/23 | Baine | Work on declaration; emails to/from M. Nussbaum re same; emails re additional research on fees awarded in other cases. | 0.80 | 800.00 |
| 11/18/23 | Baine | Research on attorneys fees recovered in other cases; review litigation history of this case. | 4.00 | 4,000.00 |
| 11/19/23 | Baine | Study case docket and history, district court and court of appeals rulings, Fitzpatrick Matrix, other fee awards; drafting and revising declaration. | 3.50 | 3,500.00 |
| 11/20/23 | Baine | Research fees in Franciscan Alliance, Intervarsity Christian Fellowship/Business Leaders cases; study briefs; revise declaration. | 2.50 | 2,500.00 |
| 11/21/23 | Baine | Review fee decisions in McAfee, Winston, Zeleny, Valdez, Rosen, Michigan State A. Philip Randolp Inst., McCarty, IMS Health, Harvey, Finch, Field, Dowd, Gartland, Casey, and Alicea cases; revise Declaration. | 1.80 | 1,800.00 |
| 11/24/23 | Baine | Proofreading and rechecking facts of cited cases in declaration. | 2.00 | 2,000.00 |

EXHIBIT 1-N
## WILLIAMS AND CONNOLLY (KEVIN BAINE) BILLING STATEMENT     Page 3

CLIENT NO. 49506
INVOICE NO. 559080
December 4, 2023

Matter No. 49506.0002 – CBA vs. HHS

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/29/23 | Baine | Cite checking and edits; conf w/ M.Nussbaum re hours in October and November. | 1.20 | 1,200.00 |

| | | | |
|---|---|---|---|
| **TOTAL PROFESSIONAL SERVICES:** | | | **$21,700.00** |
| **Less Discount per Kevin T. Baine:** | | | **($4,200.00)** |
| **Professional Fees Due:** | | | **$17,500.00** |

EXHIBIT 1-N
WILLIAMS AND CONNOLLY (KEVIN BAINE) BILLING STATEMENT

## WILLIAMS & CONNOLLY LLP®

680 MAINE AVENUE SW

WASHINGTON, DC 20024

(202) 434-5000

WWW.WC.COM

### REMITTANCE PAGE

Client Name:          Catholic Benefits Association
Matter Number:        49506.0002
Invoice Number:       559080
Invoice Date:         December 4, 2023
Billing Attorney:     Kevin Baine

Matter Description:   CBA vs. HHS

Note: Payment is due within 30 days from the date of this invoice

**CURRENT FEES AND EXPENSES DUE**                                **$17,500.00**

**PRIOR BALANCE DUE**                                            **$0.00**

**TOTAL BALANCE DUE AS OF THIS DATE………………………………….**    **$17,500.00**

FOR WIRE OR ACH TRANSFERS OF FUNDS INTO OUR ACCOUNT:

|                    | **For Wire Transfers** | **For ACH Transfers** |
|--------------------|------------------------|-----------------------|
| Beneficiary Bank:  | Bank of America        | Bank of America       |
| ABA Routing #:     | 026009593              | 054001204             |
| Account #:         | 001918423668           | 001918423668          |

Williams & Connolly LLP International Swift Code:  BOFAUS3N
Bank of America Reference Address: 222 Broadway, New York, NY 10038
*Please provide the invoice number(s), client name and matter number(s) being paid*

Remittance Email Address:  AccountsReceivable@wc.com
Tax ID: 52-0851221

IF YOU WISH TO PAY BY CHECK, PLEASE REMIT TO THE ADDRESS BELOW*:

| **US Mailing Address** | **Overnight Mailing Address** |
|------------------------|-------------------------------|
| Williams & Connolly LLP | Williams & Connolly LLP |
| Chicago Lockbox | Chicago Lockbox 10903 |
| P.O. Box 7410903 | 540 W. Madison, 4th Floor |
| Chicago, IL 60674-0903 | Chicago, IL 60661 |

*\*All payments should be made payable to: Williams & Connolly LLP.*

**TO PROTECT AGAINST FRAUD, the Firm will not change its wiring instructions via email**