EXHIBIT 1-O
GREENBURG TRAURIG (TROY EID) BILLING STATEMENT

**GT GreenbergTraurig**

|  |  |
|---|---|
| Invoice No.: | 1000514701 |
| File No. : | 221421.010100 |
| Bill Date : | December 6, 2023 |

Troy A. Eid, Expert Witness
2 North Cascade Avenue, Suite 1430
Colorado Springs, CO  80903

Attn:  Attn: Martin L. Nussbaum

# INVOICE

Re:   Expert Witness on Legal Rates and Fees

Legal Services through November 30, 2023:

|  |  |  |
|---|---|---|
|  | $ | 22,437.00 |
| Less Courtesy Discount: | $ | (2,243.70) |
| Total Fees: | $ | 20,193.30 |
| **Current Invoice**: | **$** | **20,193.30** |

TAE:SS
Tax ID: 13-3613083

EXHIBIT 1-Q
GREENBURG TRAURIG (TROY EID) BILLING STATEMENT

**GT GreenbergTraurig**

Invoice No.: 1000514701
File No.   : 221421.010100

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:   WELLS FARGO BANK
ABA #:  121000248

**For ACH Instructions:**
Bank:   WELLS FARGO BANK
ABA#    063107513

CREDIT TO:    GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:    2000014648663

**PLEASE REFERENCE:**
**CLIENT NAME:**         TROY A. EID, EXPERT WITNESS
**FILE NUMBER:**         221421.010100
**INVOICE NUMBER:**      1000514701*
**BILLING PROFESSIONAL:** Troy A. Eid

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.
\*\*\*\*\*

TAE:SS
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1144 15th Street | Suite 3300 | Denver, Colorado 80202
Tel 303.572.6500 | Fax 303.572.6540 | www.gtlaw.com

EXHIBIT 1-O

## GREENBURG TRAURIG (TROY EID) BILLING STATEMENT

| | | | Page 1 |
|---|---|---|---|
| Invoice No.: | 1000514701 | | |
| Re: | Expert Witness on Legal Rates and Fees | | |
| Matter No.: | 221421.010100 | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/23 | Troy A. Eid | Prepare for and confer with Martin Gleason of Nussbaum Gleason regarding expert witness engagement, including scope of work, and draft retention agreement for client. | 2.20 | 2123.00 |
| 11/14/23 | Troy A. Eid | After analyzing materials provided by counsel, begin outlining declaration and framing targeted legal research and analysis to support it. | 2.90 | 2798.50 |
| 11/15/23 | Troy A. Eid | After analyzing case law, confer with Andrew Nussbaum and Martin Nussbaum to refine scope of opinion requested by client. | 2.30 | 2219.50 |
| 11/16/23 | Harriet Retford | Research recent Colorado state and federal cases regarding reasonable fees; obtained and reviewed 2022 sample with facts and circumstances closely parallel to our matter. | 1.60 | 1048.00 |
| 11/17/23 | Harriet Retford | Draft declaration of T.Eid. | 1.60 | 1048.00 |
| 11/20/23 | Troy A. Eid | After engaging in targeted legal research and analysis, as well as surveying Front Range rate comparables and metrics, provide draft Expert's Opinion to client. | 5.70 | 5500.50 |
| 11/20/23 | Harriet Retford | Proofread and format declaration of T. Eid; circulate to T.Eid with comments. | 0.70 | 458.50 |
| 11/21/23 | Troy A. Eid | After engaging in additional targeted legal research and analysis, edit Declaration after conferring with counsel to client. | 2.90 | 2798.50 |
| 11/21/23 | Harriet Retford | Review edits from co-counsel/client; | 0.30 | 196.50 |
| 11/28/23 | Troy A. Eid | After engaging in additional targeted legal research and analysis, draft and edit Declaration and, after conferring with client, finalize expert's opinion. | 4.40 | 4246.00 |
| | | Total Time: | 24.60 | |
| | | Total Fees: | | $22,437.00 |

EXHIBIT 1-Q

GREENBURG TRAURIG (TROY EID) BILLING STATEMENT

Invoice No.:    1000514701                                                                  Page  2
Re:             Expert Witness on Legal Rates and Fees
Matter No.:     221421.010100

Description of Expenses Billed:

<u>DATE</u>    <u>DESCRIPTION</u>    <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**