**EXHIBIT 1- P TOTAL FEES ON FEES CALCULATION ON TOTAL HOURS AND TOTAL FEES**

| Timekeeper | Total hours | Rate | Total Fees |
|---|---|---|---|
| Alec Afarian (2023) | 32.4 | $300.00 | $9,720.00 |
| Andrew Nussbaum (2016) | 15.9 | $425.00 | $6,757.50 |
| Martin Nussbaum (1985) | 71.0 | $595.00 | $42,245.00 |
| Paralegals | 37.7 | $150.00 | $5,655.00 |
| **Total** | **157.0** | | **$64,377.50** |