EXHIBIT 1-Q
RESUME OF ALEC AFARIAN

# Alec A. Afarian

alec@nussbaumgleason.com | (719) 428-2448
2 N. Cascade Ave., Suite 1430 | Colorado Springs, CO 80903

**EDUCATION**

**University of Notre Dame**, Notre Dame Law School, South Bend, IN ..................... May 2023
J.D., GPA: 3.10
Faculty Award for Excellence in Information Technology Law
Best Speaker Award for Excellence in Oral Argument, Legal Writing II
de Nicola Center for Ethics and Culture, Sorin Fellow
Program on Church, State, and Society, Summer Fellow
Mental Health and Wellness Committee Representative, Student Bar Association
Saint Thomas More Society, Vice President
Jus Vitae, Vice President
Married Law Students Organization, President
Lone Star Lawyers, President

**University of Notre Dame**, The Graduate School, South Bend, IN ............................ May 2023
M.S., Engineering, Science, and Technology Entrepreneurship, GPA: 3.45
Capstone Thesis Project, Whirlpool Corporation

**University of California, Irvine**, Irvine, CA .................................................................. June 2018
B.A., Psychology, GPA: 3.91, *magna cum laude*
International Honor Society in Psychology (Psi Chi), President
Dean's Honor List (four quarters) while working 25 hours per week

**Fullerton College**, Fullerton, CA ......................................................................................... May 2016
A.A., Interdisciplinary Studies: Social Science, GPA: 4.00, *with high honors*
Associated Students, Senator
Men's Varsity Soccer, Captain
Honors Program Graduate
Dean's Honor List (three semesters) while working 25 hours per week

**EXPERIENCE**

**Nussbaum Gleason PLLC**, Colorado Springs, CO ................................ October 2023--present
*Associate*
*Law Clerk*                                                                                             June 2023—October 2023

**Spero Law,** Dallas, TX (remote) ................................................................................ Summer 2022
*Summer Associate*
Researched and drafted memoranda on appellate litigation issues including emergency motions to vacate, the Presidential removal power, and the First Amendment

**Napa Legal Institute**, South Bend, IN (remote)....................................................... Summer 2021
*Summer Legal Fellow*
Analyzed developments in nonprofit, corporate, and tax-exempt organization law
Drafted communications regarding current legal and tax issues for exempt organizations

**Fusion Academy**, Huntington Beach, CA ................................................August 2019–July 2020
*Director of Homework Café*

**ADDITIONAL**    **Semi-Professional Soccer**, Hamburg, Germany .........................................Summers 2016–2018