IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| THE RELIGIOUS SISTERS OF MERCY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> XAVIER BECERRA, Secretary of the United States Department of Health and Human Service, *et al.*, <br><br> *Defendants.* | No. 3:16-cv-386-PDW-ARS |
| CATHOLIC BENEFITS ASSOCIATION, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> XAVIER BECERRA, Secretary of the United States Department of Health and Human Service, *et al.*, <br><br> *Defendants.* | No. 3:16-cv-432-PDW-ARS |

**JOINT NOTICE OF RESOLUTION OF ATTORNEYS' FEES AND EXPENSES**

Plaintiffs, Catholic Benefits Association, Diocese of Fargo, Catholic Charities North Dakota, and Catholic Medical Association (collectively, "CBA Plaintiffs") and Defendants submit this joint notice to inform the Court that they have finalized an agreement to resolve the issue of the CBA Plaintiffs' attorneys' fees and expenses. The CBA Plaintiffs and Defendants agree that the Court should deny as moot the CBA Plaintiffs' motion for attorneys' fees and expenses, Dkt. No. 173.

Dated:   March 5, 2024                                    Respectfully submitted,

/s/ L. Martin Nussbaum
L. Martin Nussbaum
Andrew Nussbaum
First & Fourteenth, PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
martin@first-fourteenth.com
andrew@first-fourteenth.com

*Attorneys for CBA Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

/s/ *Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC  20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on March 5, 2024, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's CM/ECF system. Parties may access this filing through the CM/ECF system.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS